**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern _____ District of West Virginia _____
(State)

Case number (*If known*): _____ Chapter 11 ___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | U-Haul Co. of West Virginia |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | U-Haul Co. of West Virginia <br> U-Haul Used Truck Sales |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 55 – 0519098 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 614     Maccorkle Ave. S.W. <br> Number    Street | Number    Street |
| | P.O. Box |
| St Albans     WV    25177 <br> City       State    ZIP Code | City       State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Kanawha <br> County | Number    Street |
| | City       State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding  LLP) <br> ☐ Other. Specify: _____ |

Debtor　__U-Haul Co. of West Virginia_____   Case number (if known)_____
　　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

　__5__ __3__ __2__ __1__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.　District _____   When _____   Case number _____
　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　　　District _____   When _____   Case number _____
　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.　Debtor _____   Relationship _____

　　　　　District _____   When _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　　Case number, if known _____

| Debtor | U-Haul Co. of West Virginia | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

_____

_____
City                                    State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | U-Haul Co. of West Virginia | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☑ $100,000,001-$500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06   16   2021
          MM  / DD / YYYY

✗ _____     Charles Hertzler
Signature of authorized representative of debtor     Printed name

Title   Director/Responsible Person

18. **Signature of attorney**

✗ _____     Date   06   16   2021
Signature of attorney for debtor           MM  / DD / YYYY

James W. Lane, Esq.
Printed name
Flaherty Sensabaugh Bonasso, PLLC
Firm name
200     Capitol Street
Number     Street
Charelston           WV    25338
City           State    ZIP Code
(304) 345-0200        jlane@flahertylegal.com
Contact phone        Email address

6483           WV
Bar number        State

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**IN RE:**

**U-HAUL CO. OF WEST VIRGINIA**          **Case No.: 21-bk-_____
Chapter 11**

## VERIFICATION OF MAILING MATRIX

I, the designated Responsible Person of the corporation named as the debtor in this case,

hereby verify that the attached list of creditors is true and correct to the best of my

knowledge.

Date: _____06/16/2021_____          _____

Charles W. Hertzler, Responsible Person

1

West Virginia State Tax Department Tax
Account Administration Division
Corporate Tax Unit
PO Box 1202
Charleston, WV 25324-1202

Internal Revenue Service
Department of the Treasury
Cincinnati, OH 45999

176 Ragland Eat, LLC
2727 N. Central Ave.
Phoenix, AZ  85004

81 Solutions LLC
452 Main St
Bland, VA 24315

A P Self Storage
409 Hopewell Rd
Fairmont, WV 26554

A&H Storage
5779 Spruce River Rd
Danville, WV 25053

A&J Truck & Trailer Services
4798 Kanawha Blvd E
Charleston, WV 25306

A1 Automotive Services
299 Virginia St
New Martinsville, WV 26155

Aarons Sales & Lease
735 S College Ave
Bluefield, VA 24605

Aarons Towing & Recovery
1010 10th Street
Vienna, WV 26105

ABC Graphics Inc
715 S Country Club Dr
Mesa, AZ 85210

Absolute Pest Management Inc
PO Box 3313
Huntington, WV 25702

Ademco Inc, Dba ADI
PO Box 731340
Dallas, TX 75373-1340

Advance Auto Parts
315 Maccorkle Ave
South Charleston, WV 25303

Affordable Self Storage
251 1st Ave S
Nitro, WV 25143

Alfa Tools
7845 N Merrimac Ave
Morton Grove, IL 60053

All Seasons Self Storage
5148 Elk River Rd N
Elkview, WV 25071

Altizer Tire
2111 3rd St
Richlands, VA 24641

Amanda Ferrell, John Stigall, Misty Evans,
Individually And Putative Class
Representatives C/O James C. Peterson,
Esq. And Aaron L. Harrah, Esq. Hill
Peterson Carper Bee & Deitzler Pllc
500 Tracy Way
Charelston, WV 25311

Ambassador Auto
115 Blue Angel Ln
Beaver, WV 25813

Amerco Real Estate Company
2727 N. Central Ave.
Phoenix, AZ  85004

Amtower Auto Supply Inc
PO Box 4639
Bridgeport, WV 26330

Amzn Mktp Us*Ma0B83Dn0
JPMC Merchants
JPMC Merchants, WA 98109

Angela Maze
175 Laurel Ridge
Scott Depot, WV 25560

Antoine Lamar Waldrop
2337 Washington St
Charleston, WV 25387

Appalachian Power Company
PO Box 24401
Canton, OH 44701

Aramark Uniform Services
AUS Central Lockbox
Dallas, TX 75373-1676

Asap Auto & Storage
112 16th Street
Wheeling, WV 26003

Atlantic Oil Company
52 Mountaineer Dr
Franklin, WV 26807

Attention To Detail
10 S Broadway St
Wheeling, WV 26003

Auto Depot Of Charles Town
3557 Berryville Pike
Charles Town, WV 25414

B&W Trailer Park Brians Custom Exhaust
1062 Mercer Mall Rd
Bluefield, WV 24701

Baisden Brothers Inc
340 Riverview Ave
Logan, WV 25601

BC Tool Rental
1014 S 2nd St
Ironton, OH 45638

Bowden, Wendell
435 S Kentucky Ave
Martinsburg, WV 25401

Bri Storage
4186 Washington St W
Charleston, WV 25313

Bri Storage
61 Ontario Rd
Cross Lanes, WV 25313

Bri Storage
6240 Maccorkle Ave
Saint Albans, WV 25177

Browns Tire Towing And Auto, Inc.
7735 Martinsburg Pike
Shepherdstown, WV 25443

Buckeye Country Mart LLC
219 S Buckeye
Buckeye, WV 24924

Burnsville Auto Parts Inc
429 Depot St
Burnsville, WV 26335

Capitol Mini Storage
4931 Robert C Byrd Dr
Prosperity, WV 25909

Card Integrators
Attn: Mark Cole
Los Alamitos, CA 90720

Carlstar Group
PO Box 100929
Pasadena, CA 91189-0929

Carpenter, George, W
112 Sunset Dr
Elkins, WV 26241

Centre Commercial Services
138 Roush Cir
Fairmont, WV 26554

Cenveo
PO Box 74007456
Chicago, IL 60674-7456

Champion Brands
1001 Golden Dr
Clinton, MO 64735-0645

Charleston, City Of
City Collectors Office
Charleston, WV 25301

Cheat Lake Storage LLC
858 Tyrone Rd
Morgantown, WV 26508

City Of Charleston C
915 Quarrier St.   Suite 4
Charleston, WV 25301

Coal Grove Pharmacy
600 Marion Pike
Coal Grove, OH 45638

Convenient Storage
3811 Hwy 2565
Louisa, KY 41230

Cooks Towing
813 1st Ave South
Nitro, WV 25143

Cortney Seantale Shelton
3596 Greenbrier Street Apt B
Charleston, WV 25311-9649

Cross Roads Automoti
101 Athens Rd
Princeton, WV 24740

Cupps Auto
201 Wilson St
Martinsburg, WV 25401

Curt Manufacturing Incorporate
Box 88006
Milwaukee, WI 53288-0006

Curt Manufacturing,Inc-Georgia
3380 Town Point Dr
Kennesaw, GA 30144

Curt Manufacturing,Inc-Texas
2643 Rodney Ln
Dallas, TX 77295

Custom Business Asso
PO Box 4304
Charleston, WV 25364

Darnold Mechanical Inc
PO Box 149
Kenna, WV 25248

Daves Service
495 N High St
Romney, WV 26757

Dawsons Ace Home Center
99 Business Park Cir
Berkeley Springs, WV 25411

DC Elevator Company
521 Slack Street, Suite B
Charleston, WV 25301

DC'S General Store
75 E Main St
Lost Creek, WV 26385

Deerwood Service Center
24528 George Washington Hwy
Aurora, WV 26705

Dior Barkley
3617 Country Ridge Rd
Greensboro, NC 27405

Duba Enterprises Inc
304 Fairview Addition Rd
Williamson, WV 25661

Duncan Bolt Co
PO Box 845542
Los Angeles, CA 90084

Echo Electric Inc
5523 Tampa Ave
Tarzana, CA 91356

Elkins Truck Service Inc
38 11th St
Elkins, WV 26241

Exit 1 Storage LLC
445 Hornbeck Rd
Morgantown, WV 26508

Family Auto Center
10925 Valley Rd
Berkeley Springs, WV 25411

Family Store
9600 Winchester Ave
Bunker Hill, WV 25413

Fast And Friendly Auto Repair And
Towing Services, LLC
726 Middleway Pike
Inwood, WV 25428

Fast Signs
5137 Maccorkle Ave
South Charleston, WV 25309

Fastenal Company
PO Box 1286
Winona, MN 55987-1286

Feamster Auto Parts
2486 Alta Dr
Alderson, WV 24910

Fedex Ers
PO Box 371741
Pittsburgh, PA 15250

Fedex Freight East
Dept LA
Pasadena, CA 91185-1415

Fiber-Tech Industries
4997 Reliable Pkwy
Chicago, IL 60686

Foodway Supermarket
3507 Mission Rd
Harpers Ferry, WV 25425

Fort Ashby Camper Sales
8623 Frankfort Hwy
Fort Ashby, WV 26719

Freedom Wireless
1106 Anchorage Cir
Vansant, VA 24656

Frontier
PO Box 740407
Cincinnati, OH 45274-0407

Frontline Total Auto Care
100 S Walker St
Princeton, WV 24740

Gas Equipment Co Inc
11616 Harry Hines Blvd
Dallas, TX 75229

Geralds Auto
1220 E Main St
Oak Hill, WV 25901

GES Used Cars
1704 Pennsylvania Ave
Fairmont, WV 26554

Gladstone Automotive
5610 N Oak Trafficway
Gladstone, MO 64118

Global Equipment Co Inc
29833 Network Pl
Chicago, IL 60673-1298

Global Preowned Auto Sales
736 Williamsport Pike
Martinsburg, WV 25404

Grainger
Dept 827551003
Kansas City, MO 64141-6267

H&H Auto Parts Wholesale
12860 Muscatine St
Arleta, CA 91331

Horizon Global Americas
PO Box 779094
Chicago, IL 60677-9094

Huntington/Tax Collect,City Of
PO Box 1659
Huntington, WV 25717

Hurricane Auto Repair
2354 US Hwy 60
Culloden, WV 25510

Hurricane, City Of B
PO Box 186
Hurricane, WV 25526

Imperial Supplies Llc
PO Box 5362
Janesville, WI 53547-5362

Impression Products Inc
129 Dutch Rd
Charleston, WV 25302

Integrated Supply Network Inc
PO Box 746342
Atlanta, GA 30374-6342

Integrity Pre Owned Autos
4009 E Cumberland Rd
Bluefield, WV 24701

Interstate Mini Storage
4105 Gerrardstown Rd
Inwood, WV 25428

IQ Total Source
4500 S Lakeshore Dr
Tempe, AZ 85282

James Withrow
5 Woodpath Ln
Charleston, WV 25387

Jarvis Hardware
1214 2nd Ave
Montgomery, WV 25136

Jasper Engines&Transmissions
102 D St
Charleston, WV 25303

Jays Automotive, LLC
321 N Mildred St
Ranson, WV 25438

JC's Hardware LLC
3800 Appalachian Hwy
Rock View, WV 24880

Jeremy Lymieek
1121 Hickory Rd
Charleston, WV 25314

Joe Holland Chevrolet
PO Box 8536
S Charleston, WV 25303

Joe Moores Exxon II
21 Brookhaven Rd
Morgantown, WV 26505

John S Davis
23746 Midland Trail
Victor, WV 25938

John Sears
1221 Fourth Avenue
Huntington, WV 25701

Johnson, Okey, W
1410 Sattes Circle
Nitro, WV 25143

Jones Performance Products Inc
1 Jones Way
W Middlesex, PA 16159

Jowar Feed & Supply
202 Coal Heritage Rd
Iaeger, WV 24844

JP's Service Station
401 Main St
West Union, WV 26456

Kalleels Auto Spa
210 Tiano St
Fairmont, WV 26554

Kenneth William Nichols
1107 Camden Ave
Parkersburg, WV 26101

Kidwell Auto Parts
16053 Applachian Hwy
Thomas, WV 26292

Kidwell Auto Parts Inc
413 1st St
Parsons, WV 26287

Kings Budget Services LLC
285 Don Knotts Blvd
Morgantown, WV 26501

Larrys Service Station
913 N 13th St
Clarksburg, WV 26301

Liberty View Quild Shop
2886 Northwestern Pike
Capon Bridge, WV 26711

Marshall & Sons Rental & Storage
2007 1st Ave
Vienna, WV 26105

Mefcor Inc
33049 Gov G C Peery Hwy
North Tazewell, VA 24630

Melissa Cavender
10 Oak Cir
Parkersburg, WV 26101

Melissa Cavender
1217 11th St
Vienna, WV 26101

Metropolitan Telecommunications
PO Box 9660
Manchester, NH 03108-9660

Michelle Evans And Jessica Smalley, As
Co-Adminstratrix'S Of The Estate Of Jason
Smalley C/O Dan F. Partin, Attorney-At-
Law, Psc
107 S. Main Street P.O. Box 938
Harlan, KY 40831

Middle Creek Garage & Self Storage
3949 National Rd.
Triadelphia, WV 26059

Midway Storage
195 Little Beaver Rd
Calvin, WV 26660

Mon Power
PO Box 3615
Akron, OH 44309-3615

Morgan Auto Parts
PO Box 1917
Fairmont, WV 26554

Mo's Mini Warehousing
2351 Garfield Ave
Parkersburg, WV 26101

Mountain State Tire
315 Main St
Chapmanville, WV 25508

Mountaineer Mini Storage
1189 Ritter Dr
Daniels, WV 25832

MPC Fuel Systems
333 Passaic Ave
Fairfield, NJ 07004

Mr Rogers Self Storage
800 Piedmont Rd
Charleston, WV 25301

Napa Auto Parts
File 56893
Los Angeles, CA 90074

Napa Auto Parts
PO Box 409043
Atlanta, GA 30384-9043

New River Taxi
3058 Harper Rd
Beckley, WV 25801

Nitro Fireworks & Storage
728 1st Ave S
Nitro, WV 25143

Noble Preowned Auto Sales
2518C Williamsport Pike
Martinsburg, WV 25404

North Beckley PSD
122 Clear Water Ln
Beckley, WV 25801-3159

North Texas Tollway Authority
5900 W Plano Pkwy
Plano, TX 75093

Old Dominion Freight Line
PO Box 742296
Los Angeles, CA 90074-2296

Omega Environmental Technologi
PO Box 677629
Dallas, TX 75267-7629

Ona Used Auto Sales
3215 US Rte 60 E
Ona, WV 25545

P&H Family Pizza
321 Pullman Dr
Pennsboro, WV 26415

Par Mar Oil Company Store 37
3211 Washington Blvd
Huntington, WV 25705

Par Mar Store 123
1428 Van Voorhis Rd
Morgantown, WV 26505

Par Mar Stores
100 Violet Dr
Ravenswood, WV 26164

Park Systems Inc
3501 Maccorkle Ave SE
Kanawha City, WV 25304

Pawn Plus Guns
192 Biggs Ln
South Shore, KY 41175

PB Rentals & Storage
1321 Commerce St
Wellsburg, WV 26070

Peaslees Service Center
16548 Veterans Memorial Hwy
Kingwood, WV 26537

Performance Radiator Pacific LLC
PO Box 11224
Tacoma, WA 98411

Petersburg Electronics
436 Keyser Ave
Petersburg, WV 26847

Peyton, Paul
1104 National Road
Wheeling, WV 26003

Phillips 66 Company
2331 Citywest Blvd
Houston, TX 77042

Phillips 66 Company
21064 Network Pl
Chicago, IL 60673-1210

PR Rentals & Storage
1321 Commerce St.
Wellsburg, WV 26070

Precision Products
PO Box 776208
Chicago, IL 60677-6208

Princeton Storage
401 S Wickham Ave
Princeton, WV 24740

PS Mini Storage
854 Hedgesville Rd
Martinsburg, WV 25401

PTI Security Systems
9160 E Bahia Dr
Scottsdale, AZ 85260

Pundmann Ford
2727 W Clay
St Charles, MO 63301

Putnam Elite Storage
3979-R Teays Valley Rd
Hurricane, WV 25526

R W Rogers Company Inc
610 S Kirk Rd
St Charles, IL 60174

Racen Preowned Auto Sales
53 N Locust St
Buckhannon, WV 26201

Ralphs Country Store
Rte 250 S
Philippi, WV 26416

Reedy Grocery
22 Main St
Reedy, WV 25270

Remarkable Resources LLC
1645 Speedway Ave
Fairmont, WV 26554

Rhino Self Storage
316 Putnam Village Dr
Hurricane, WV 25526

Richard Self Storage
3498 Earl L Core Rd
Morgantown, WV 26508

Riders Unocal 76
413 Bridge St
Huntington, WV 25702

Rileys Tools
6508 Maccorkle
St Albans, WV 25177

Robinson Motorcars
454 Middleway Pike
Inwood, WV 25428

Robinson Motorcars Of Hedgesville
7475 Hedgesville Rd
Hedgesville, WV 25427

Rodgers Fairlea Equipment
9244 Seneca Trail Fairlea
Ronceverte, WV 24970

Rogers Custom Paint & Body
543 Burlington Rd
Huntington, WV 25704

Roos LLC
4341 Rte 60 E
Huntington, WV 25705

Roy Lee Graley
1373 Kanawha Forest Rd
Charleston, WV 25304

RS Hughes Co Inc
16900 W Victor Rd
New Berlin, WI 53151

RW Light & Sons
2841 Virginia Ave
Narrows, VA 24124

RW Rogers Company
610 S Kirk Rd
St Charles, IL 60174

Sandusky Lee Corp
PO Box 74868
Chicago, IL 60694-4868

Sandys Service Station & Storage
5419 Virginia Ave
Pembroke, VA 24136

Sarah Marie Koon
607 S 5th St
Clarksburg, WV 26301

Save A Lot
1400 Chestnut St
Kenova, WV 25530

Sherwin Williams
2463 3rd Ave
Huntington, WV 25703

South Hill Storage
81 S Hill Plaza Dr
Ripley, WV 25271

South Point Storage
518 Solida Rd
South Point, OH 45680

St Albans Mini Storage LLC
1975 Pennsylvania Ave
Saint Albans, WV 25177

Stans Car Wash & Detail Shop
510 Washington Ave
Huntington, WV 25701

Star Graphics Inc
51 W Elliot Rd
Tempe, AZ 85284

State Electric Supply Co
PO Box 890889
Charlotte, NC 28289-0889

Stonecreek Storage LLC
89 Cr 181
Ironton, OH 45638

Store It
3450 Winfield Rd
Winfield, WV 25213

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211

Teays Valley Rental
3788 Teays Valley Rd
Hurricane, WV 25526

Terminal Supply Co
1800 Thunderbird St
Troy, MI 48084

Terra Flora Landscaping, Inc.
300 Ward Ave, PO Box 122
Elkins, WV 26241

The Battery Terminal
3836 Winchester Ave
Ashland, KY 41101

The Carpet And Floor Store
50 Stonewall Dr
Summersville, WV 26651

The Exponent Telegram
PO Box 2000
Clarksburg, WV 26302

Thomas, Chris
1811 Beaver St
Parkersburg, WV 26101

Tiger Mtn Refuge
105 Main St
Rainelle, WV 25962

Tireville
835 E Washington St
Charles Town, WV 25414

Todd Judy Ford Of Charleston
PO Box 1431
Charleston, WV 25325

Tri County Storage
10187 George Washington Hwy
Bridgeport, WV 26330

Tri State Packaging
715 Orchard Park Rd
Hurricane, WV 25526

Triangle Auto Sales
230 Pleasant St
Hinton, WV 25951

Triangle Heating & Cooling
PO Box 822
Elkins, WV 26241

Turf Classic Auto Sales
777 E Washington St
Charles Town, WV 25414

Tygart Marine & Recreation
1111 N Pike St
Grafton, WV 26354

Tyler Mountain Water Co Inc
PO Box 909
Nitro, WV 25143

U-Haul International, Inc.
2727 N. Central Ave.
Phoenix, AZ  85004

U-Haul International, Inc.
2727 N. Central Ave.
Phoenix, AZ  85004

UHIL 1, LLC
2727 N. Central Ave.
Phoenix, AZ  85004

UHIL 12, LLC
2727 N. Central Ave.
Phoenix, AZ  85004

UHIL 33, LLC
2727 N. Central Ave.
Phoenix, AZ  85004

UHIL 34, LLC
2727 N. Central Ave.
Phoenix, AZ  85004

UHIL 38, LLC
2727 N. Central Ave.
Phoenix, AZ  85004

US Wheel Corporation
15702 Producer Ln
Huntington Beach, CA 92649

VB Mart
403 Old Virginia Ave
Rich Creek, VA 24147

Velvac
2405 S CALHOUN RD
NEW BERLIN WI 53151

Velvac
2405 S Calhoun Rd
New Berlin, WI 53151

Victory Packaging
3555 Timmons Ln
Houston TX 77027

Victory Packaging-Center Irving
15101 Grand River Rd
Worth, TX 76155

Victory Packaging-Center Pa
108 Tomlinson Dr
Zelienople, PA 16063

War True Value
22 Main St
War, WV 24892

Waterfront Towing
3510 Monongahela Blvd
Morgantown, WV 26505

Weber Chevrolet
12015 Olive Blvd
St Louis, MO 63141-9009

Weirton Tire And Auto
2408 Penna Ave.
Weirton, WV 26062

Werowinski, Jeff
98 Green Dr
Hurricane, WV 25526

Wesley Lamar Williams
144 Collins Circle Rd
Kimberly, WV 25118

West Virginia Self Storage & Outdoor
Power
580 S Mineral St
Keyser, WV 26726

Western Auto
32 Main St
Rainelle, WV 25962

Westover Exxon
301 Holland Ave
Westover, WV 26501

Whiting Door Manufacturing Corp
PO Box 8000 - Dept 725
Buffalo, NY 14267

Whiting Door Manufacturing Corp
113 Cedar St
Akron, NY 14001

Williams Detroit Diesel
PO Box 29127
Phoenix, AZ 85038-9127

Willowbrook Outfitters
327 Winfrey Ln Rte 460
Princeton, WV 24739

Willys Hot Shot
1024 Grafton Rd
Morgantown, WV 26508

Wist Office Products Company
PO Box 98413
Las Vegas, NV 89193-8413

Worldwide Liquidators
8005 Us Rte 60
Ashland, KY 41102

Your Stores
185 Temple Cir
Sistersville, WV 26175

YRC Inc
PO Box 100129
Pasadena, CA 91189-0003

Zack Brandon
1786 Valley Grove Rd
Charleston, WV 25311

ZZ Auto Service Center & Storage
874 Cheshire Rd
Bunker Hill, WV 25413

Ally Financial
PO Box 380901
Bloomington, MN 55348

Toyota Industries Commercial Finance,
Inc.
8951 Cypress Waters Blvd.
Coppell, TX 75019-4793

Kanawha County Tax Collector
409 Virginia St E Rm 120
Charleston, WV 25301-2524

Cabell County Tax Collector
PO Box 2114
Huntington, WV 25721

Harrison County Tax Collector
301 W Main Street
Clarksburg, WV 26301

Raleigh County Tax Collector
215 Main Street
Beckley, WV 25801

Randolph County Tax Collector
4 Randolph Avenue Ste 100
Elkins, WV 26241

Wood County Tax Collector
PO Box 1985
Parkersburg, WV 26102

**UNANIMOUS WRITTEN CONSENT OF THE
BOARD OF DIRECTORS OF
U-HAUL CO. OF WEST VIRGINIA,
A WEST VIRGINIA CORPORATION**

The Undersigned, constituting all members of the Board of the Directors (the "Board") of U-Haul Co. of West Virginia, a West Virginia corporation (the "Corporation") duly organized and validly existing under the laws of the State of West Virginia, hereby consent in writing that the following resolutions be adopted by the Corporation:

### A. Chapter 11 Filing

WHEREAS, the Board has considered presentations by management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it and the effect of the foregoing on the Company's business and maximizing the value of the assets of the Company; and

WHEREAS, the Board has had the opportunity to consult with the management and financial and legal advisors of the Company and fully consider each of the strategic alternatives available to the Company,

NOW, THEREFORE IT IS

RESOLVED, that in the judgment of the Board it is desirable and in the best interest of the Company, its creditors, and the other parties in interest that the Company shall be and hereby is authorized to prepare for and file or cause to be filed a voluntary petition for relief for the Company (the "Chapter 11 Case") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in a court of proper jurisdiction (the "Bankruptcy Court"); and it is further

RESOLVED, that in the judgment of the Board it is desirable and in the best interest of the Company to appoint Charles "Chuck" W. Hertzler to serve as responsible person (the "Responsible Person") in connection with the Chapter 11 Case; and it is further

### B. Retention of Professionals

RESOLVED, that, subject to the Bankruptcy Court's approval, the Company is authorized and directed to employ the law firm Flaherty Sensabaugh Bonasso PLLC as general bankruptcy counsel to represent, advise, and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all such other actions to advance the Company's rights and obligations, including filing any pleadings in connection therewith, the Responsible Person is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Flaherty Sensabaugh Bonasso PLLC in the Bankruptcy Case; and it is further

RESOLVED, that, subject to the Bankruptcy Court's approval, the Company is authorized and directed to employ Brown Edwards as its financial advisor to represent, advise, and assist the

1

Company in carrying out its duties under the Bankruptcy Code, and to take any and all such other actions to advance the Company's rights and obligations, and in connection therewith, and the Responsible Person is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Brown Edwards in the Bankruptcy Case; and it is further

RESOLVED, that the Responsible Person is hereby authorized to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, the Responsible Person is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of such professionals in the Bankruptcy Case; and it is further

RESOLVED, that the Responsible Person is hereby authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that he deems necessary, proper, or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case; and it is further

## C. Other Bankruptcy Authorizations

RESOLVED, that in addition to the specific authorizations set forth in this Resolution, the Responsible Person and his designees and delegates are hereby authorized and empowered, in the name of and on behalf of the Company, to take and cause to be taken any and all such other and further actions, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents, and to pay all expenses, including but not limited to filing fees, in the Bankruptcy Case as in his judgment, shall be necessary, advisable, or desirable in order to fully carry out the intent and accomplish the purposes of these resolutions adopted herein; and it is further

RESOLVED, that all members of the Board of the Company have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organization documents of the Company, or hereby waive any right to have received such notice; and it is further

RESOLVED, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Board; and it is further

RESOLVED AND DECLARED that this action is taken pursuant to Section 31D-8-821 of The West Virginia Business Corporation Act and Bylaws of the Corporation, and shall be inserted by the Secretary in the minute book of the Corporation; and it is further

RESOLVED AND DECLARED that this resolution may be executed in counterparts and such counterparts (including any transmitted by electronic means) shall constitute one and the same instrument and, notwithstanding the date of execution of any counterpart, shall be deemed to be passed on the date set forth in this resolution.

DATED as of 16th day of June, 2021.

By: _____
Mark Arnold, President and Director


By: _____
Charles W. Hertzler, Director


By: _____
Michael Zemba, Director

3

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:

**U-HAUL CO. OF WEST VIRGINIA**          Case No.: 21-bk-_____
                                          Chapter 11

## CORPORATE OWNERSHIP STATEMENT PURSUANT
## TO FED. R. BANKR. P. 1007(a)(1) & 7007.1 AND LOCAL RULE 1007-1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), and Rule 1007-1 of the Local Bankruptcy Rules for

the United States Bankruptcy Court for Southern District of West Virginia, U-Haul Co. of

West Virginia represents:

1.      U-Haul International, Inc. owns 100% of the issued and outstanding stock of

        the Debtor.

U-Haul Co. of West Virginia further acknowledges its duty to file a supplemental

statement promptly upon any change in circumstance that renders this Corporate

Ownership Statement inaccurate.

Dated: June 16, 2021                    _____
                                        By: Charles Hertzler
                                        Director/Responsible Person
                                        U-Haul Co. of West Virginia

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

__Southern__ District Of __West Virginia__

**In re**

**U-Haul Co. of West Virginia**                    Case No. _21-_____

**Debtor**                                         Chapter _11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept &547lj qwt'y kj 'c'tgvckpgt'qh . . . . . . . $ _60,000.00_____

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ _60,000.00_____

    Balance Tgo ckpkpi 'qp 'tgvckpgt' . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _5,638.25_____

2.  The source of the compensation paid to me was:

    ☒ Debtor        ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☒ Debtor        ☐ Other (specify)

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

    1)  providing legal advice with respect to the Debtor's powers and duties as debtor in possession in the continued operation of its business and management of its properties;

    2)  advise the Debtor with respect to its powers and duties as a debtor in possession in the continued management and operation of its business and properties;

    3)  attend meetings and negotiate with representatives of creditors and other parties-in-interest;

    4)  take actions to protect and preserve the Debtor's estate;

    5)  prepare on behalf of the Debtor all motions, applications, answers, orders, reports, and papers necessary to the administration of the estate;

    6)  negotiate and prepare on the Debtor's behalf any plan(s) of reorganization, disclosure statement(s), and all related agreements and/or documents, and take any necessary action on behalf of the Debtor to obtain confirmation of such plan(s);

    7)  represent the Debtor in connection with post-petition financing;

    8)  advise the Debtor in connection with any potential sale of assets;

    9)  appear before this Court, any appellate courts, and the United States Trustee and protect the interests of the Debtor's estate before such courts and the United States Trustee;

    10) consult with the Debtor regarding non-bankruptcy disciplines of law such as, by way of example only, tax, labor and employment, real estate, corporate finance, securities, and certain litigation matters; and

    11) perform all other necessary legal services and provide all other necessary legal advice to the Debtor in connection with this Chapter 11 case.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

<u>6/16/2021</u>          /s/ James W. Lane, Jr.
*Date*                 *Signature of Attorney*

                  Flaherty Sensabaugh Bonasso PLLC
                   *Name of law firm*

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
</table>

Debtor name  U-Haul Co. of West Virginia

United States Bankruptcy Court for the:  Southern  District of  West Virginia
(State)

Case number: (If known):  _____

☐ Check if this is an amended filing

<u>Official Form 204</u>

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  West Virginia State Tax DepartmentTax Account Administration DivisionCorporate Tax Unit* PO BOX 1202 Charleston, WV 25324-1202 | | Sales Tax | | | | $ 137,789.72 |
| 2  VICTORY PACKAGING FILE 50538 LOS ANGELES, CA 90074 | 602-734-0080 | Products / Services provided | | | | $ 36,410.54 |
| 3  Gas Equipment Co Inc 11616 Harry Hines Blvd Dallas, TX 75229 | 800-821-1829 | Products / Services provided | | | | $ 13,479.14 |
| 4  Victory Packaging-Center Pa 108 Tomlinson Dr Zelienople, PA 16063 | 800-251-2202 | Products / Services provided | | | | $ 11,171.43 |
| 5  WEBER CHEVROLET 12015 OLIVE BLVD ST LOUIS, MO 63141-9009 | 800-325-4764 jhenderson@weberchevrolet.net | Products / Services provided | | | | $ 10,310.94 |
| 6  HORIZON GLOBAL AMERICAS PO BOX 779094 CHICAGO, IL 60677-9094 | 800-527-3670 Tw-customerorder@cequentgroup.com | Products / Services provided | | | | $ 8,044.31 |
| 7  CARLSTAR GROUP PO BOX 100929 PASADENA, CA 91189-0929 | 909-947-0126 greg.rauch@carlisletire.com | Products / Services provided | | | | $ 6,105.60 |
| 8  PERFORMANCE RADIATOR PACIFIC LLC-- PO BOX 11224 TACOMA, WA 98411 | 253-472-0586 | Products / Services provided | | | | $ 4,892.23 |

# U-Haul Co. of West Virginia

| Debtor | | | | | | | |
| Name | | | | | | Case number *(if known)*_____ | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | PUNDMANN FORD 2727 W CLAY ST SAINT CHARLES, MO 63301 | 877-946-6611 pauls@pundmannford.com | Products / Services provided | | | | $ 3,258.04 |
| 10 | PHILLIPS 66 COMPANY 2331 CITYWEST BLVD HOUSTON, TX 77042 | 281-229-9549 rsclubescscdirectnationalregion@p66.com | Products / Services provided | | | | $ 3,190.80 |
| 11 | FASTENAL COMPANY 1 PO BOX 1286 WINONA, MN 55987-1286 | 712-325-9006 PASOU@STORES.FASTENAL.COM | Products / Services provided | | | | $ 2,195.18 |
| 12 | NAPA AUTO PARTS- PO BOX 409043 ATLANTA, GA 30384-9043 | 803-699-9498 | Products / Services provided | | | | $ 1,959.04 |
| 13 | JONES PERFORMANCE PRODUCTS INC 1 JONES WAY W MIDDLESEX, PA 16159 | 724-528-3569 rmhaywood@jonesperformance.com | Products / Services provided | | | | $ 1,900.00 |
| 14 | GLADSTONE AUTOMOTIVE 5610 N OAK TRAFFICWAY GLADSTONE, MO 64118 | | Products / Services provided | | | | $ 1,504.84 |
| 15 | Metropolitan Telecommunications PO Box 9660 Manchester, NH 03108-9660 | 800-876-9823 | Products / Services provided | | | | $ 1,496.08 |
| 16 | Curt Manufacturing Incorporated Box 88006 Milwaukee, WI 53288-0006 | 866-817-7189 kmaki@curtmfg.com | Products / Services provided | | | | $ 1,423.53 |
| 17 | Ademco Inc, Dba ADI PO Box 731340 Dallas, TX 75373-1340 | 713-861-9418 ANDRES.MACIAS@HONEYWELL.COM | Products / Services provided | | | | $ 1,421.45 |
| 18 | IMPRESSION PRODUCTS INC 129 DUTCH RD CHARLESTON, WV 25302 | 800-642-4359 kristamarie24@yahoo.com | Products / Services provided | | | | $ 1,410.00 |
| 19 | Amanda Ferrell, John Stigall, Misty Evans, Individually and Putative Class Representatives c/o James C. Peterson, Esq. and Aaron L. Harrah, Esq Hill Peterson Carper Bee & Deitzler PLLC 500 Tracy Way Charleston, WV 25311 | amajestro@powellmajestro.com | Class Action Lawsuit | Coningent Unliquidated Disputed | | | Unknown |
| 20 | Michelle Evans and Jessica Smalley, as Co-Adminstratrix's of the Estate of Jason Smalley c/o Dan F. Partin, Attorney-at-Law, PSC 107 S. Main Street P.O. Box 938 Harlan, KY 40831 | dan@danpartinlaw.com mwillis@danpartinlaw.com | Lawsuit | Coningent Unliquidated Disputed | | | Unknown |

**Fill in this information to identify the case:**

Debtor name ___U-Haul Co. of West Virginia___

United States Bankruptcy Court for the: ___Southern___ District of ___West Virginia___
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:   Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................   $ 0

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................   $ 1,056,439

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................   $ 1,056,439

---

**Part 2:   Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................   $ 221,295

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ............................   $ 138,058

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .........................   + $ 118,266,974

4. **Total liabilities**....................................................................................................................   $ 118,626,327
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name ___U-Haul Co. of West Virginia___

United States Bankruptcy Court for the: ___Southern___  District of ___West Virginia___
                                                                                      (State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $ 0

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ___ ___ ___ ___ | $ 0 |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $ 0 |

4. **Other cash equivalents** *(Identify all)*

   4.1. Petty cash held at retail locations (See attached Exhibit A/B 1.4)  $ 950

   4.2. Moving center operating cash held at retail locations (See attached Exhibit A/B 1.4)  $ 4,200

5. **Total of Part 1**  $ 5,150

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. Utility Deposit - Appalachian Power Co.  $ 3,052

   7.2. Utility Deposit - Tygarts Valley Sanitation Inc  $ 224

   7.3 Utility Deposit - Huntington Sanitary Board  $ 65

Debtor   U-Haul Co. of West Virginia _____   Case number _(if known)_____
       Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____   $_____

   8.2._____   $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.   | $ 3,341 |

---

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.

   ■ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
| --- | --- | --- | --- |

11. **Accounts receivable***

   11a. 90 days old or less:   $ 68,795 _____  –  _____  = ........➔   $ 68,795 _____
                         face amount            doubtful or uncollectible accounts

   11b. Over 90 days old:   $ 114,722 _____  –  _____  = ........➔   $ 114,722 _____
                         face amount            doubtful or uncollectible accounts

   * Based on accounts receivable aging as of 5/31/2021

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.   | $ 183,517 |

---

## Part 4:   Investments

13. **Does the debtor own any investments?**

   ■ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1. _____   _____   $_____

   14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                  % of ownership:

   15.1._____   _____%   _____   $_____

   15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1._____   _____   $_____

   16.2._____   _____   $_____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.   | $ 0 |

---

Debtor   U-Haul Co. of West Virginia _____   Case number *(if known)*_____
          Name

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** None | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** None | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** Moving supplies, hitches, towing components at retail locations | Multiple MM / DD / YYYY | $ 142,875 | Book Value* | $ 129,983 |
| 22. **Other inventory or supplies** Truck/Trailer parts and accessories | Multiple MM / DD / YYYY | $ 129,090 | Book Value* | $ 127,584 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 257,567

24. **Is any of the property listed in Part 5 perishable?**   * Book value as of May 31, 2021

☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☑ Yes. Book value $58,620   Valuation method Book Value   Current value $58,620

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

Debtor    U-Haul Co. of West Virginia
_____ _____    Case number (if known)_____
         Name

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.

$ 0

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** General office furniture within each location | $ 0 | Liquidation Value | $ 0 |
| 40. **Office fixtures** Showroom sales counter | $ 9,934 | Liquidation Value | $ 0 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Computers and related computer equipment | $ 34,386 | Liquidation Value | $ 0 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.

$ 0

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    U-Haul Co. of West Virginia _____    Case number (if known)_____
          Name

---

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 Trucks | $ 326,142 | Liquidation Value | $ 384,240 |
| 47.2 Trailers | $ 12,994 | Liquidation Value | $ 12,991 |
| 47.3 Vans | $ 2,106 | Liquidation Value | $ 2,106 |
| 47.4 Accessories | $ 0 | Liquidation Value | $ 500 |
| See attached Exhibit A/B 8.47 for detailed listing of assets | | | |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 None | $_____ | _____ | $_____ |
| 48.2 | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 None | $_____ | _____ | $_____ |
| 49.2 | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Forklifts, Signage, Shop Equipment, Etc. | $ 308,440 | Liquidation Value | $ 207,027 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 606,864

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor  U-Haul Co. of West Virginia _____  Case number (if known)_____
        Name

## Part 9:    Real property

54.  **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  176 Ragland Road Beckley, WV 25801 | Lessee | $ 0 | Remaining Lease | $ 0 |
| 55.2  825 Hal Greer Blvd, Huntington, Cabell County, WV 25703 | Lessee | $ 0 | Remaining Lease | $ 0 |
| 55.3  1528 9th Avenue Huntington, WV 25701 | Lessee | $ 0 | Monthly Rent (MTM Lease) | $ 0 |
| 55.4  1902 7th Avenue Charleston, WV 25312 | Lessee | $ 0 | Monthly Rent (MTM Lease) | $ 0 |
| 55.5  125 Ragland Road Beckley, WV 25801 | Lessee | $ 0 | Monthly Rent (MTM Lease) | $ 0 |
| 55.6  731 Beverly Pike  Elkins, WV 26241 | Lessee | $ 0 | Monthly Rent (MTM Lease) | $ 0 |

See attached Exhibit A/B 9.55 for additional leased properties

56.  **Total of Part 9.**                                                                                                                   $ 0

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61.  **Internet domain names and websites** | $_____ | _____ | $_____ |
| 62.  **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63.  **Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| 64.  **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65.  **Goodwill** | $_____ | _____ | $_____ |

66.  **Total of Part 10.**                                                                                                                   $ 0

Add lines 60 through 65. Copy the total to line 89.

Debtor _____    Case number *(if known)*_____
        U-Haul Co. of West Virginia
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

   ☐ No

   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ☐ No

   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

**Part 11:** **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No. Go to Part 12.

   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➡ $_____
                                    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____

_____    Tax year _____    $_____

_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____

_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 0

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

Debtor _____
     U-Haul Co. of West Virginia
     Name

Case number *(if known)* _____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 5,150 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 3,341 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 183,517 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 257,567 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 606,864 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................➔ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0 | |
| 91. **Total.** Add lines 80 through 90 for each column............................. 91a. | $ 1,056,439 | + 91b. $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................... $ 1,056,439

**U-Haul Co. of West Virginia**

**Exhibit A/B 1.4**

## Other Cash Equivalents

| Profit Center Name | Address | Petty Cash Funds | Moving Center Operating Cash | Total |
|---|---|---|---|---|
| ST ALBANS SHOP | 6114 MacCorkle Ave SW   Saint Albans, WV 25177 | 100.00 | 0.00 | 100.00 |
| AFM ROUTE # 3 | Traveling field manager | 200.00 | 0.00 | 200.00 |
| U-HAUL OF FAIR FIELD | 1528 9TH AVE HUNTINGTON, WV 25701 | 50.00 | 600.00 | 650.00 |
| U-HAUL OF N CHARLESTON | 1902 7th Ave Charleston, WV 25387 | 50.00 | 600.00 | 650.00 |
| U-HAUL MOVING & STORAGE OF BECKLEY | 125 Ragland Rd  Beckley, WV 25801 | 50.00 | 600.00 | 650.00 |
| U-HAUL MOVING & STORAGE OF SOUTHSIDE | 1420 Blizzard dr Parkersburg, WV 26101 | 50.00 | 400.00 | 450.00 |
| U-HAUL MOVING & STORAGE OF CLARKSBURG | 1119 Anmoore Rd Bridgeport, WV 26330 | 50.00 | 400.00 | 450.00 |
| U-HAUL MOVING & STORAGE OF ST ALBANS | 6012 MacCorkle Ave SW  Saint Albans, WV 25177 | 350.00 | 600.00 | 950.00 |
| U-HAUL MOVING & STORAGE OF ELKINS | 271 Valley Pointe Drive, Elkins, WV 26241 | 50.00 | 400.00 | 450.00 |
| U-HAUL MOVING & STORAGE OF PATRICK STREE | 1701  W 4th ave  Charleston, WV 25312 | 0.00 | 600.00 | 600.00 |
|  |  | 950.00 | 4,200.00 | 5,150.00 |

**U-Haul Co. of West Virginia**                                    **Exhibit A/B 8.47**

## Automobiles

| Category | General description | Category | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| SERVICE VEHICLE | 2019 FORD F550 F91493 | Truck | 49,663 | Liquidation Value | 57,043 |
| SERVICE VEHICLE | 2017 FORD F550 E37220 | Truck | 31,598 | Liquidation Value | 43,917 |
| SERVICE VEHICLE | 2018 GMC YUKON 238313 | Truck | 26,355 | Liquidation Value | 46,795 |
| SERVICE VEHICLE | 2019 GMC SIERRA 2500 163586 | Truck | 23,640 | Liquidation Value | 23,640 |
| SERVICE VEHICLE | 2016 FORD F550 C07411 | Truck | 18,240 | Liquidation Value | 30,257 |
| SERVICE VEHICLE | 2012 FORD F550 SUPER DUTY C58879 | Truck | 18,074 | Liquidation Value | 21,366 |
| SERVICE VEHICLE | 2018 GMC 1500 906278 | Truck | 10,613 | Liquidation Value | 10,613 |
| SERVICE VEHICLE | 07 ISUZU MRU 301089 | Truck | 7,134 | Liquidation Value | 7,134 |
| SERVICE VEHICLE | 06 FORD E-450 A65533 | Truck | 3,932 | Liquidation Value | 3,932 |
| SERVICE VEHICLE | 2020 FORD F550 A10710 | Truck | 62,304 | Liquidation Value | 57,043 |
| SERVICE VEHICLE | 2020 FREIGHTLINER M2-106 LV6382 | Truck | 74,589 | Liquidation Value | 82,500 |
| SERVICE VEHICLE | 07 FORD E-25 A49166 | Van | 2,106 | Liquidation Value | 2,106 |
| SERVICE VEHICLE | 2020 PITTS F1332 UBOX TRAILER D19169 | Trailer | 12,991 | Liquidation Value | 12,991 |
| SERVICE VEHICLE | TRANSPORT TRAILER | Trailer | 0 | Liquidation Value | 0 |
| SERVICE VEHICLE | 1993 TRAILER | Trailer | 3 | Liquidation Value | 0 |
| SERVICE VEHICLE | 4X8 VAN TRAILER | Trailer | 0 | Liquidation Value | 0 |
| SERVICE VEHICLE | V-BLADE SNOW PLOW | Accessory | 0 | Liquidation Value | 500 |
| | Total | | 341,242 | | 399,838 |

**U-Haul Co. of West Virginia**                    **Exhibit A/B 9.55**

## Real Property

| Description and Location of Property | Nature of Debtor's interest | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 1610, 1600, 1602, 1612, 1618 8th Avenue Huntington, WV 25703 | Lessee | 0 | Monthly Rent (MTM Lease) | 0 |
| 625 & 639 8th Avenue Huntington, WV 25701 | Lessee | 0 | Monthly Rent (MTM Lease) | 0 |
| 546 Washington Ave. Huntington, WV 25701 | Lessee | 0 | Monthly Rent (MTM Lease) | 0 |
| 202 4th Avenue Huntington, WV 25701 | Lessee | 0 | Monthly Rent (MTM Lease) | 0 |
| | | 0 | | 0 |

**Fill in this information to identify the case:**

Debtor name    U-Haul Co. of West Virginia

United States Bankruptcy Court for the:    Southern      District of   West Virginia
                                                             (State)

Case number (If known):

☐ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim<br>Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>Ally Financial | **Describe debtor's property that is subject to a lien**<br>2020 Ford F-550 | $ 38,095.80 | $ 57,043.00 |
| | VIN: 1FDUF5GN3LDA10710 | | |

**2.1** **Creditor's name**

Ally Financial

**Creditor's mailing address**

PO Box 380901

Bloomington, MN 55348

**Creditor's email address, if known**

**Date debt was incurred**   December 15, 2020

**Last 4 digits of account number**   4943

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

2020 Ford F-550

VIN: 1FDUF5GN3LDA10710

**Describe the lien**

Title lien on vehicle

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $ 38,095.80    Column B: $ 57,043.00

---

**2.2** **Creditor's name**

Toyota Industries Commercial Finance, Inc.

**Creditor's mailing address**

8951 Cypress Waters Blvd.

Coppell, TX 75019-4793

**Creditor's email address, if known**

**Date debt was incurred**   4/15/2021

**Last 4 digits of account number**   3   5   7   9

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Toyota 8FGU25 Forklift

Serial Number C1731

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $ 30,251.17    Column B: $ 28,500

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 221,295.25

Debtor  U-Haul Co. of West Virginia _____  Case number *(if known)* _____
         Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2._**  Creditor's name

Toyota Industries Commercial Finance, Inc.

**Creditor's mailing address**

8951 Cypress Waters Blvd.

Coppell, TX 75019-4793

**Creditor's email address, if known**

_____

**Date debt was incurred**  11/18/2020

**Last 4 digits of account number**   3  5  7  6

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Toyota 8FGU25 Forklift

Serial Number C0849

**Describe the lien**

_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24,674.78   |   $ 28,500

---

**2._**  Creditor's name

Kanawha County Tax Collector

**Creditor's mailing address**

409 Virginia St E Rm 120

Charleston, WV 25301-2524

**Creditor's email address, if known**

_____

**Date debt was incurred**  Multiple

**Last 4 digits of account number**   _ _ _ _

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Certain Personal Property

**Describe the lien**
Tax Lien

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 79,445.88   |   $ Unknown

---

Debtor  U-Haul Co. of West Virginia
        _____
        Name

Case number (if known) _____

---

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._** Creditor's name

Cabell County Tax Collector

**Creditor's mailing address**

PO Box 2114

Huntington, WV 25721

**Creditor's email address, if known**

**Date debt was incurred**   Multiple

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
    - ☐ No. Specify each creditor, including this creditor, and its relative priority.
        - _____
        - _____
        - _____
    - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Certain personal property

$ 6,152.44     $ Unknown

**Describe the lien**
Tax Lien

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

**2._** Creditor's name

Harrison County Tax Collector

**Creditor's mailing address**

301 W Main Street

Clarksburg, WV 26301

**Creditor's email address, if known**

**Date debt was incurred**   Multiple

**Last 4 digits of account number**   _ _ _ _

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
    - ☐ No. Specify each creditor, including this creditor, and its relative priority.
        - _____
        - _____
        - _____
    - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Certain Personal Property

$ 4,771.18     $ Unknown

**Describe the lien**
Tax Lien

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

Debtor  U-Haul Co. of West Virginia _____  Case number (if known)_____
         Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._** Creditor's name

Raleigh County Tax Collector

**Describe debtor's property that is subject to a lien**

Certain personal property

$ 21,987.86          $ Unknown

Creditor's mailing address

215 Main Street

Beckley, WV 25801

**Describe the lien**
Tax Lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

Date debt was incurred  Multiple

Last 4 digits of account number

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._** Creditor's name

Randolph County Tax Collector

**Describe debtor's property that is subject to a lien**

Certain Personal Property

$ 10,629.06          $ Unknown

Creditor's mailing address

4 Randolph Avenue Ste 100

Elkins, WV 26241

**Describe the lien**
Tax Lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

Date debt was incurred  Multiple

Last 4 digits of account number   _ _ _ _ _ _ _ _

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor ___U-Haul Co. of West Virginia_____ Case number _(if known)_____
         Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2._** Creditor's name

Wood County Tax Collector

Creditor's mailing address

PO Box 1985

Parkersburg, WV 26102

Creditor's email address, if known

Date debt was incurred      Multiple

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____
      _____
      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Certain personal property     $ 5,287.07     $ Unknown

Describe the lien

Tax Lien

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._** Creditor's name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred      _____

Last 4 digits of account number       _ _ _ _ _ _ _ _

Do multiple creditors have an interest in the same property?

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____
      _____
      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

$_____     $_____

Describe the lien

Is the creditor an insider or related party?

☐ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor      U-Haul Co. of West Virginia
           _____      Case number (if known)_____
               Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| None | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | U-Haul Co. of West Virginia |
| United States Bankruptcy Court for the: | Southern        District of   West Virginia |
| | (State) |
| Case number |
| (If known) | |

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form. ·

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   FN:  The Debtor owes certain employees prepetition wage amounts in the estimated aggregate amount of approximately $68,000 as of the petition date.  The Debtor is filing contemporaneous to these Statements and Schedules a motion seeking authority to pay all prepetition wage claims (the "Wage Motion") including among other things, related employee benefits, taxes, insurance, therefore, these amounts are not listed herein.  In the event the relief requested in the Wage Motion is not granted, the Debtor will promptly supplement and amend this Schedule.

   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 137,789.72 | $ 137,789.72 |
| | West Virginia State Tax Department - Tax Account Administration Division - Corporate Tax Unit | *Check all that apply.* | |
| | | ☐ Contingent | |
| | PO Box 1202 | ☐ Unliquidated | |
| | Charleston, WV 25324-1202 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | Multiple | Sales Tax | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** | |
| | | ■ No | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | ☐ Yes | |

| | | | |
|---|---|---|---|
| **2.2** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 268.77 | $ 268.77 |
| | Internal Revenue Service | *Check all that apply.* | |
| | Department of the Treasury | ☐ Contingent | |
| | Cincinnati, OH 45999 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | Multiple | Fuel Tax | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** | |
| | | ■ No | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | ☐ Yes | |

| | | | |
|---|---|---|---|
| **2.3** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ | $ |
| | | *Check all that apply.* | |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** | |
| | | ☐ No | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | ☐ Yes | |

Debtor _____    Case number _(if known)_____
          U-Haul Co. of West Virginia
          Name

| **Part 1.** | **Additional Page** |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2._**  Priority creditor's name and mailing address

$ _____     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
_____
_____

**Date or dates debt was incurred**           **Basis for the claim:**

_____           _____

**Last 4 digits of account number** ___ ___ ___ ___     **Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._**  Priority creditor's name and mailing address

$ _____     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
_____
_____

**Date or dates debt was incurred**           **Basis for the claim:**

_____           _____

**Last 4 digits of account number** ___ ___ ___ ___     **Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._**  Priority creditor's name and mailing address

$ _____     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
_____
_____

**Date or dates debt was incurred**           **Basis for the claim:**

_____           _____

**Last 4 digits of account number** ___ ___ ___ ___     **Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._**  Priority creditor's name and mailing address

$ _____     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
_____
_____

**Date or dates debt was incurred**           **Basis for the claim:**

_____           _____

**Last 4 digits of account number** ___ ___ ___ ___     **Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Debtor | 99 Haul Co. of West Virginia | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**The debtor currently uses certain customer deposits in the ordinary course of business in the estimated aggregate amount of approximately $40,000 as of the petition date. The Debtor is filing contemporaneous to these Statements and Schedules a motion seeking authority to honor obligations under customer contracts (the "Contract Motion") including payment or refund of customer deposits; therefore, these amounts are not listed herein. In the event the relief requested in the Contract Motion is not granted, the Debtor will promptly supplement and amend this Schedule.

**Amount of claim**

| | | |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br><br>176 Ragland EAT, LLC<br><br>2727 N. Central Ave.<br><br>Phoenix, AZ 85004 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Lease | $ 0 |
| | **Date or dates debt was incurred**  Unknown<br>**Last 4 digits of account number**  __ __ __ __ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| **3.2** | **Nonpriority creditor's name and mailing address**<br><br>81 Solutions LLC<br><br>452 Main St<br><br>Bland, VA 24315 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Dealer Contract & Related Addendums | $ 0 |
| | **Date or dates debt was incurred**  Unknown<br>**Last 4 digits of account number**  __ __ __ __ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| **3.3** | **Nonpriority creditor's name and mailing address**<br><br>A P Self Storage<br><br>409 Hopewell Rd<br><br>Fairmont, WV 26554 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Dealer Contract & Related Addendums | $ 0 |
| | **Date or dates debt was incurred**  Unknown<br>**Last 4 digits of account number**  __ __ __ __ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>A&H Storage<br><br>5779 Spruce River Rd<br><br>Danville, WV 25053 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Dealer Contract & Related Addendums | $ 0 |
| | **Date or dates debt was incurred**  Unknown<br>**Last 4 digits of account number**  __ __ __ __ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| **3.5** | **Nonpriority creditor's name and mailing address**<br>A&J Truck & Trailer Services<br><br>4798 Kanawha Blvd E<br><br>Charleston, WV 25306 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Dealer Contract & Related Addendums | $ 0 |
| | **Date or dates debt was incurred**  Unknown<br>**Last 4 digits of account number**  __ __ __ __ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| **3.6** | **Nonpriority creditor's name and mailing address**<br>A1 Automotive Services<br><br>299 Virginia St<br><br>New Martinsville, WV 26155 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Dealer Contract & Related Addendums | $ 0 |
| | **Date or dates debt was incurred**  Unknown<br>**Last 4 digits of account number**  __ __ __ __ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Debtor _____   Case number _(if known)_____
        Phad Co. of West Virginia
        Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** | **Nonpriority creditor's name and mailing address**
Aarons Sales & Lease

735 S College Ave

Bluefield, VA 24605

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Dealer Contract & Related Addendums

$ 0

Date or dates debt was incurred   Unknown

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**
Aarons Towing & Recovery

1010 10th Street

Vienna, WV 26105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Dealer Contract & Related Addendums

$ 0

Date or dates debt was incurred   Unknown

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**
Absolute Pest Management Inc

PO Box 3313

Huntington, WV 25702

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Products/Services Provided

$ 246.1

Date or dates debt was incurred   Various

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**
ABC Graphics Inc

715 S Country Club Dr

Mesa, AZ 85210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Products/Services provided

$ 42.50

Date or dates debt was incurred   Various

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**
Absolute Pest Management Inc

PO Box 3313

Huntington, WV 25702

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Products/Services provided

$ 246.10

Date or dates debt was incurred   Various

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  Fred Co. of West Virginia
_____
Name

Case number (if known) _____

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.12** Nonpriority creditor's name and mailing address

Advance Auto Parts

315 Maccorkle Ave

South Charleston, WV 25303

Date or dates debt was incurred: **Various**

Last 4 digits of account number: __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Products/Services Provided

Is the claim subject to offset?
■ No
☐ Yes

$ 700.81

---

**3.13** Nonpriority creditor's name and mailing address

Affordable Self Storage

251 1st Ave S

Nitro, WV 25143

Date or dates debt was incurred: **Unknown**

Last 4 digits of account number: __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Dealer Contract & Related Addendums

Is the claim subject to offset?
■ No
☐ Yes

$ 0

---

**3.14** Nonpriority creditor's name and mailing address

Alfa Tools

7845 N Merrimac Ave

Morton Grove, IL 60053

Date or dates debt was incurred: **Various**

Last 4 digits of account number: __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Products/Services Provided

Is the claim subject to offset?
■ No
☐ Yes

$ 12.40

---

**3.15** Nonpriority creditor's name and mailing address

All Seasons Self Storage

5148 Elk River Rd N

Elkview, WV 25071

Date or dates debt was incurred: **Unknown**

Last 4 digits of account number: __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Dealer Contract & Related Addendums

Is the claim subject to offset?
■ No
☐ Yes

$ 0

---

**3.16** Nonpriority creditor's name and mailing address

Altizer Tire

2111 3rd St

Richlands, VA 24641

Date or dates debt was incurred: **Unknown**

Last 4 digits of account number: __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Dealer Contract & Related Addendums

Is the claim subject to offset?
■ No
☐ Yes

$ 0

---

Debtor ___Haul Co. of West Virginia___
        Name

Case number _(if known)_____

---

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17** Nonpriority creditor's name and mailing address

Amanda Ferrell, John Stigall, Misty Evans, Individually And Putative Class RepresentativesC/O

James C. Peterson, Esq. And Aaron L. Harrah, Esq.Hill Peterson Carper Bee & Deitzler Pllc

500 Tracy Way

Charelston, WV 25311

Date or dates debt was incurred    Unknown

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Lawsuit

Is the claim subject to offset?
☐ No
☐ Yes

$ Unknown

---

**3.18** Nonpriority creditor's name and mailing address

Ambassador Auto

115 Blue Angel Ln

Beaver, WV 25813

Date or dates debt was incurred    Unknown

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Dealer Contract & Related Addendums

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

**3.19** Nonpriority creditor's name and mailing address

Amerco Real Estate Company

2727 N. Central Ave.

Phoenix, AZ  85004

Date or dates debt was incurred    Unknown

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lease

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

**3.20** Nonpriority creditor's name and mailing address

Amtower Auto Supply Inc

PO Box 4639

Bridgeport, WV 26330

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Products/Services Provided

Is the claim subject to offset?
☑ No
☐ Yes

$ 0

---

**3.21** Nonpriority creditor's name and mailing address

Amzn Mktp Us*Ma0B83Dn0

JPMC Merchants

JPMC Merchants, WA 98109

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Products/Services Provided

Is the claim subject to offset?
☑ No
☐ Yes

$ 396.96

---

Debtor    Haul Co. of West Virginia
           Name                                                   Case number *(if known)*

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.22** | Nonpriority creditor's name and mailing address
Angela Maze

175 Laurel Ridge

Scott Depot, WV 25560

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Products/Services Provided

Date or dates debt was incurred     Various

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.76

---

**3.23** | Nonpriority creditor's name and mailing address
Antoine Lamar Waldrop

2337 Washington St

Charleston, WV 25387

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Products/Services Provided

Date or dates debt was incurred     Various

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.18

---

**3.24** | Nonpriority creditor's name and mailing address
Appalachian Power Company

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Electrical Services contract

Date or dates debt was incurred     Unknown

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

**3.25** | Nonpriority creditor's name and mailing address
Aramark Uniform Services

AUS Central Lockbox

Dallas, TX 75373-1676

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Products/Services Provided

Date or dates debt was incurred     Various

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 941.50

---

**3.26** | Nonpriority creditor's name and mailing address
ASAP Auto & Storage

112 16th Street

Wheeling, WV 26003

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Dealer Contract & Related Addendums

Date or dates debt was incurred     Unknown

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 0

---

Debtor _____ Phull Oil. Co. of West Virginia _____  Case number (if known) _____
        Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** Nonpriority creditor's name and mailing address
Atlantic Oil Company

52 Mountaineer Dr

Franklin, WV 26807

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _Dealer Contract & Related Addendums_

Date or dates debt was incurred    Unknown

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

**3.28** Nonpriority creditor's name and mailing address
Attention To Detail

10 S Broadway St

Wheeling, WV 26003

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Dealer Contract & Related Addendums_

Date or dates debt was incurred    Unknown

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

**3.29** Nonpriority creditor's name and mailing address
Auto Depot Of Charles Town

3557 Berryville Pike

Charles Town, WV 25414

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Dealer Contract & Related Addendums_

Date or dates debt was incurred    Unknown

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

**3.30** Nonpriority creditor's name and mailing address
B&W Trailer Park Brians Custom Exhaust

1062 Mercer Mall Rd

Bluefield, WV 24701

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Dealer Contract & Related Addendums_

Date or dates debt was incurred    Unknown

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 0

---

**3.31** Nonpriority creditor's name and mailing address
Baisden Brothers Inc

340 Riverview Ave

Logan, WV 25601

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Dealer Contract & Related Addendums_

Date or dates debt was incurred    Unknown

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 0

---

Debtor ___Haul Co. of West Virginia___
     Name

Case number _(if known)_____

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** | **Nonpriority creditor's name and mailing address**
BC Tool Rental

1014 S 2nd St

Ironton, OH 45638

Date or dates debt was incurred    Unknown

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**   Dealer Contract & Related Addendums

**Is the claim subject to offset?**
■ No
☐ Yes

$ 0

---

**3.33** | **Nonpriority creditor's name and mailing address**
Bowden, Wendell

435 S Kentucky Ave

Martinsburg, WV 25401

Date or dates debt was incurred    Unknown

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Vendor Checks

**Is the claim subject to offset?**
■ No
☐ Yes

$ 140.25

---

**3.34** | **Nonpriority creditor's name and mailing address**
Bri Storage

4186 Washington St W

Charleston, WV 25313

Date or dates debt was incurred    Unknown

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Dealer Contract & Related Addendums

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 0

---

**3.35** | **Nonpriority creditor's name and mailing address**
Bri Storage

61 Ontario Rd

Cross Lanes, WV 25313

Date or dates debt was incurred    Unknown

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Dealer Contract & Related Addendums

**Is the claim subject to offset?**
■ No
☐ Yes

$ 0

---

**3.36** | **Nonpriority creditor's name and mailing address**
Bri Storage

6240 Maccorkle Ave

Saint Albans, WV 25177

Date or dates debt was incurred    Unknown

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Dealer Contract & Related Addendums

**Is the claim subject to offset?**
■ No
☐ Yes

$ 0

---

Debtor ___Haul Co. of West Virginia_____  Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.37** | **Nonpriority creditor's name and mailing address**
Browns Tire Towing And Auto, Inc.

7735 Martinsburg Pike

Shepherdstown, WV 25443

Date or dates debt was incurred    Unknown
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _Dealer Contract & Related Addendums_

Is the claim subject to offset?
■ No
☐ Yes

$ 0

---

**3.38** | **Nonpriority creditor's name and mailing address**
Buckeye Country Mart LLC

219 S Buckeye

Buckeye, WV 24924

Date or dates debt was incurred    Unknown
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Dealer Contract & Related Addendums_

Is the claim subject to offset?
■ No
☐ Yes

$ 0

---

**3.39** | **Nonpriority creditor's name and mailing address**
Burnsville Auto Parts Inc

429 Depot St

Burnsville, WV 26335

Date or dates debt was incurred    Unknown
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Dealer Contract & Related Addendums_

Is the claim subject to offset?
■ No
☐ Yes

$ 0

---

**3.40** | **Nonpriority creditor's name and mailing address**
Capitol Mini Storage

4931 Robert C Byrd Dr

Prosperity, WV 25909

Date or dates debt was incurred    Unknown
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Dealer Contract & Related Addendums_

Is the claim subject to offset?
■ No
☐ Yes

$ 0

---

**3.41** | **Nonpriority creditor's name and mailing address**
Card Integrators

Attn: Mark Cole

Los Alamitos, CA 90720

Date or dates debt was incurred    Various
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Products/Services Provided_

Is the claim subject to offset?
■ No
☐ Yes

$ 120.00

---

Debtor    Pharul Co. of West Virginia     Case number _(if known)_____
     Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.42** Nonpriority creditor's name and mailing address

Carlstar Group

PO Box 100929

Pasadena, CA 91189-0929

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Products/Services Provided

Date or dates debt was incurred   Various

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 6,105.60

---

**3.43** Nonpriority creditor's name and mailing address

Carpenter, George, W

112 Sunset Dr

Elkins, WV 26241

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Unclaimed Vendor Checks

Date or dates debt was incurred   Unknown

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 38.99

---

**3.44** Nonpriority creditor's name and mailing address

Centre Commercial Services

138 Roush Cir

Fairmont, WV 26554

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Dealer Contract & Related Addendums

Date or dates debt was incurred   Unknown

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 0

---

**3.45** Nonpriority creditor's name and mailing address

Cenveo

PO Box 74007456

Chicago, IL 60674-7456

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Products/Services Provided

Date or dates debt was incurred   Various

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 58.66

---

**3.46** Nonpriority creditor's name and mailing address

Champion Brands

1001 Golden Dr

Clinton, MO 64735-0645

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Products/Services Provided

Date or dates debt was incurred   Various

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 161.76

---

| Debtor | Phael Oo. of West Virginia | Case number (if known) |
|--------|----------------------------|------------------------|
|        | Name                       |                        |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** Nonpriority creditor's name and mailing address
Charleston, City Of

City Collectors Office

Charleston, WV 25301

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Products/Services Provided

$ 20.00

Date or dates debt was incurred: Various
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.48** Nonpriority creditor's name and mailing address
Cheat Lake Storage LLC

858 Tyrone Rd

Morgantown, WV 26508

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Dealer Contract & Related Addendums

$ 0

Date or dates debt was incurred: Unknown
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.49** Nonpriority creditor's name and mailing address
City Of Charleston C

915 Quarrier St. Suite 4

Charleston, WV 25301

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Vendor Checks

$ 1.33

Date or dates debt was incurred: Unknown
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.50** Nonpriority creditor's name and mailing address
Coal Grove Pharmacy

600 Marion Pike

Coal Grove, OH 45638

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Dealer Contract & Related Addendums

$ 0

Date or dates debt was incurred: Unknown
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.51** Nonpriority creditor's name and mailing address
Convenient Storage

3811 Hwy 2565

Louisa, KY 41230

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Dealer Contract & Related Addendums

$ 0

Date or dates debt was incurred: Unknown
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Debtor    Haul Co. of West Virginia
          Name                                          Case number  (if known)

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.52** Nonpriority creditor's name and mailing address
Cooks Towing

813 1st Ave South

Nitro, WV 25143

Date or dates debt was incurred   Unknown
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:   $ 4.03
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Unclaimed Vendor Checks

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.53** Nonpriority creditor's name and mailing address
Cortney Seantale Shelton

3596 Greenbrier Street Apt B

Charleston, WV 25311-9649

Date or dates debt was incurred   Various
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:   $ 14.60
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Products/Services Provided

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.54** Nonpriority creditor's name and mailing address
Cross Roads Automoti

101 Athens Rd

Princeton, WV 24740

Date or dates debt was incurred   Unknown
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:   $ 500.01
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Unclaimed Vendor Checks

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.55** Nonpriority creditor's name and mailing address
Cupps Auto

201 Wilson St

Martinsburg, WV 25401

Date or dates debt was incurred   Unknown
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:   $ 0
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Dealer Contract & Related Addendums

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.56** Nonpriority creditor's name and mailing address
Curt Manufacturing Inc

PO Box 88006

Milwaukee, WI 53288

Date or dates debt was incurred   Various
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:   $ 1,423.53
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Products/Services Provided

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor _____Fraul Co. of West Virginia_____   Case number _(if known)_____
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57**

**Nonpriority creditor's name and mailing address**
Curt Manufacturing,Inc-Georgia

3380 Town Point Dr

Kennesaw, GA 30144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Products/Services Provided

$ 1,214.08

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.58**

**Nonpriority creditor's name and mailing address**
Curt Manufacturing,Inc-Texas

2643 Rodney Ln

Dallas, TX 77295

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Products/Services Provided

$ 80.51

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.59**

**Nonpriority creditor's name and mailing address**
Custom Business Asso

PO Box 4304

Charleston, WV 25364

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Vendor Checks

$ 95.97

**Date or dates debt was incurred** Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.60**

**Nonpriority creditor's name and mailing address**
Darnold Mechanical Inc

PO Box 149

Kenna, WV 25248

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Products/Services Provided

$ 828.68

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.61**

**Nonpriority creditor's name and mailing address**
Daves Service

495 N High St

Romney, WV 26757

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

$ 0

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Prauf Co. of West Virginia | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** Nonpriority creditor's name and mailing address
Dawsons Ace Home Center

99 Business Park Cir

Berkeley Springs, WV 25411

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Dealer Contract & Related Addendums

Date or dates debt was incurred    Unknown

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 0

---

**3.63** Nonpriority creditor's name and mailing address
DC Elevator Company

521 Slack Street, Suite B

Charleston, WV 25301

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Examination & Lubrication Agreement

Date or dates debt was incurred    Unknown

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 0

---

**3.64** Nonpriority creditor's name and mailing address
DC'S General Store

75 E Main St

Lost Creek, WV 26385

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Dealer Contract & Related Addendums

Date or dates debt was incurred    Unknown

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 0

---

**3.65** Nonpriority creditor's name and mailing address
Deerwood Service Center

24528 George Washington Hwy

Aurora, WV 26705

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Dealer Contract & Related Addendums

Date or dates debt was incurred    Unknown

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 0

---

**3.66** Nonpriority creditor's name and mailing address
Dior Barkley

3617 Country Ridge Rd

Greensboro, NC 27405

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Products/Services Provided

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 0.79

Debtor **Phad Co. of West Virginia**
_____
Name

Case number _(if known)_ _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.67** | Nonpriority creditor's name and mailing address
Duba Enterprises Inc

304 Fairview Addition Rd

Williamson, WV 25661

Date or dates debt was incurred — Unknown

Last 4 digits of account number — __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _Dealer Contract & Related Addendums_

Is the claim subject to offset?
☑ No
☐ Yes

$ 0

---

**3.68** | Nonpriority creditor's name and mailing address
Duncan Bolt Co

PO Box 845542

Los Angeles, CA 90084

Date or dates debt was incurred — Various

Last 4 digits of account number — __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Products/Services Provided_

Is the claim subject to offset?
☑ No
☐ Yes

$ 381.32

---

**3.69** | Nonpriority creditor's name and mailing address
Echo Electric Inc

5523 Tampa Ave

Tarzana, CA 91356

Date or dates debt was incurred — Various

Last 4 digits of account number — __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Products/Services Provided_

Is the claim subject to offset?
☑ No
☐ Yes

$ 84.40

---

**3.70** | Nonpriority creditor's name and mailing address
Elkins Truck Service Inc

38 11th St

Elkins, WV 26241

Date or dates debt was incurred — Unknown

Last 4 digits of account number — __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Dealer Contract & Related Addendums_

Is the claim subject to offset?
☑ No
☐ Yes

$ 0

---

**3.71** | Nonpriority creditor's name and mailing address
Exit 1 Storage LLC

445 Hornbeck Rd

Morgantown, WV 26508

Date or dates debt was incurred — Unknown

Last 4 digits of account number — __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Dealer Contract & Related Addendums_

Is the claim subject to offset?
☑ No
☐ Yes

$ 0

---

Debtor _____Hall Co. of West Virginia_____    Case number _(if known)_ _____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.72**  Nonpriority creditor's name and mailing address
Family Auto Center

10925 Valley Rd

Berkeley Springs, WV 25411

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Dealer Contract & Related Addendums

$ 0

Date or dates debt was incurred   Unknown
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

---

**3.73**  Nonpriority creditor's name and mailing address
Family Store

9600 Winchester Ave

Bunker Hill, WV 25413

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Dealer Contract & Related Addendums

$ 0

Date or dates debt was incurred   Unknown
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

---

**3.74**  Nonpriority creditor's name and mailing address
Fast And Friendly Auto Repair And Towing Services, LLC

726 Middleway Pike

Inwood, WV 25428

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Dealer Contract & Related Addendums

$ 0

Date or dates debt was incurred   Unknown
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

---

**3.75**  Nonpriority creditor's name and mailing address
Fast Signs

5137 Maccorkle Ave

South Charleston, WV 25309

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Products/Services Provided

$ 305.49

Date or dates debt was incurred   Various
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

---

**3.76**  Nonpriority creditor's name and mailing address
Fastenal Company

PO Box 1286

Winona, MN 55987-1286

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Products/Services Provided

$ 2,195.18

Date or dates debt was incurred   Various
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Phad Co. of West Virginia | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.77** Nonpriority creditor's name and mailing address
Feamster Auto Parts

2486 Alta Dr

Alderson, WV 24910

Date or dates debt was incurred    Unknown

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Dealer Contract & Related Addendums

Is the claim subject to offset?
☒ No
☐ Yes

$ 0

---

**3.78** Nonpriority creditor's name and mailing address
Fedex Ers

PO Box 371741

Pittsburgh, PA 15250

Date or dates debt was incurred    Various

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Products/Services Provided

Is the claim subject to offset?
☐ No
☐ Yes

$ 259.20

---

**3.79** Nonpriority creditor's name and mailing address
Fedex Freight East

Dept LA

Pasadena, CA 91185-1415

Date or dates debt was incurred    Various

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Products/Services Provided

Is the claim subject to offset?
☐ No
☐ Yes

$ 274.25

---

**3.80** Nonpriority creditor's name and mailing address
Fiber-Tech Industries

4997 Reliable Pkwy

Chicago, IL 60686

Date or dates debt was incurred    Various

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Products/Services Provided

Is the claim subject to offset?
☒ No
☐ Yes

$ 446.63

---

**3.81** Nonpriority creditor's name and mailing address
Foodway Supermarket

3507 Mission Rd

Harpers Ferry, WV 25425

Date or dates debt was incurred    Unknown

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Dealer Contract & Related Addendums

Is the claim subject to offset?
☒ No
☐ Yes

$ 0

---

Debtor _____Haul Co. of West Virginia_____      Case number _(if known)_ _____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.82** | **Nonpriority creditor's name and mailing address**
Fort Ashby Camper Sales

8623 Frankfort Hwy

Fort Ashby, WV 26719

Date or dates debt was incurred      Unknown

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Dealer Contract & Related Addendums

Is the claim subject to offset?
■ No
☐ Yes

$ 0

---

**3.83** | **Nonpriority creditor's name and mailing address**
Freedom Wireless

1106 Anchorage Cir

Vansant, VA 24656

Date or dates debt was incurred      Unknown

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Dealer Contract & Related Addendums

Is the claim subject to offset?
■ No
☐ Yes

$ 0

---

**3.84** | **Nonpriority creditor's name and mailing address**
Frontier

PO Box 740407

Cincinnati, OH 45274-0407

Date or dates debt was incurred      Various

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Products/Services Provided

Is the claim subject to offset?
■ No
☐ Yes

$ 263.47

---

**3.85** | **Nonpriority creditor's name and mailing address**
Frontline Total Auto Care

100 S Walker St

Princeton, WV 24740

Date or dates debt was incurred      Unknown

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Dealer Contract & Related Addendums

Is the claim subject to offset?
■ No
☐ Yes

$ 0

---

**3.86** | **Nonpriority creditor's name and mailing address**
Gas Equipment Co Inc

11616 Harry Hines Blvd

Dallas, TX 75229

Date or dates debt was incurred      Various

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Products/Services Provided

Is the claim subject to offset?
■ No
☐ Yes

$ 13,479.14

---

| Debtor | Haul Co. of West Virginia | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** Nonpriority creditor's name and mailing address
Geralds Auto

1220 E Main St

Oak Hill, WV 25901

Date or dates debt was incurred    Unknown

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    Dealer Contract & Related Addendums

Is the claim subject to offset?
☑ No
☐ Yes

$ 0

---

**3.88** Nonpriority creditor's name and mailing address
GES Used Cars

1704 Pennsylvania Ave

Fairmont, WV 26554

Date or dates debt was incurred    Unknown

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Dealer Contract & Related Addendums

Is the claim subject to offset?
☑ No
☐ Yes

$ 0

---

**3.89** Nonpriority creditor's name and mailing address
Gladstone Automotive

5610 N Oak Trafficway

Gladstone, MO 64118

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Products/Services Provided

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,504.84

---

**3.90** Nonpriority creditor's name and mailing address
Global Equipment Co Inc

29833 Network Pl

Chicago, IL 60673-1298

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Products/Services Provided

Is the claim subject to offset?
☑ No
☐ Yes

$ 625.56

---

**3.91** Nonpriority creditor's name and mailing address
Global Preowned Auto Sales

736 Williamsport Pike

Martinsburg, WV 25404

Date or dates debt was incurred    Unknown

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Dealer Contract & Related Addendums

Is the claim subject to offset?
☑ No
☐ Yes

$ 0

| Debtor | Hadl Co. of West Virginia | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.92** | Nonpriority creditor's name and mailing address
Grainger

Dept 827551003

Kansas City, MO 64141-6267

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Products/Services Provided

Date or dates debt was incurred **Various**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

$ 800.59

---

**3.93** | Nonpriority creditor's name and mailing address
H&H Auto Parts Wholesale

12860 Muscatine St

Arleta, CA 91331

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Products/Services Provided

Date or dates debt was incurred **Various**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 666.15

---

**3.94** | Nonpriority creditor's name and mailing address
Horizon Global Americas

PO Box 779094

Chicago, IL 60677-9094

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Products/Services Provided

Date or dates debt was incurred **Various**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 8,044.31

---

**3.95** | Nonpriority creditor's name and mailing address
Huntington/Tax Collect,City Of

PO Box 1659

Huntington, WV 25717

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Products/Services Provided

Date or dates debt was incurred **Various**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

$ 80.00

---

**3.96** | Nonpriority creditor's name and mailing address
Hurricane Auto Repair

2354 US Hwy 60

Culloden, WV 25510

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Dealer Contract & Related Addendums

Date or dates debt was incurred **Unknown**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

$ 0

---

Debtor ___Phaul Co. of West Virginia___ Case number _(if known)_____
      Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.97** Nonpriority creditor's name and mailing address
Hurricane, City Of B

PO Box 186

Hurricane, WV 25526

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Unclaimed Vendor Checks

Date or dates debt was incurred    Unknown

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

$ 144.53

---

**3.98** Nonpriority creditor's name and mailing address
Imperial Supplies LLC

PO Box 5362

Janesville, WI 53547-5362

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Products/Services Provided

Date or dates debt was incurred    Various

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 496.60

---

**3.99** Nonpriority creditor's name and mailing address
Impression Products Inc

129 Dutch Rd

Charleston, WV 25302

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Products/Services Provided

Date or dates debt was incurred    Various

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,410.00

---

**3.100** Nonpriority creditor's name and mailing address
Integrated Supply Network Inc

PO Box 746342

Atlanta, GA 30374-6342

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Products/Services Provided

Date or dates debt was incurred    Various

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

$ 212.36

---

**3.101** Nonpriority creditor's name and mailing address
Integrity Pre Owned Autos

4009 E Cumberland Rd

Bluefield, WV 24701

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Dealer Contract & Related Addendums

Date or dates debt was incurred    Unknown

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

$ 0

---

| Debtor | Ehaul Co. of West Virginia | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

### 3.102

**Nonpriority creditor's name and mailing address**

Interstate Mini Storage

4105 Gerrardstown Rd

Inwood, WV 25428

**Date or dates debt was incurred**    Unknown

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:**   Dealer Contract & Related Addendums

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 0

---

### 3.103

**Nonpriority creditor's name and mailing address**

IQ Total Source

4500 S Lakeshore Dr

Tempe, AZ 85282

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**   Products/Services Provided

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$ 56.73

---

### 3.104

**Nonpriority creditor's name and mailing address**

James Withrow

5 Woodpath Ln

Charleston, WV 25387

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**   Products/Services Provided

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 0.78

---

### 3.105

**Nonpriority creditor's name and mailing address**

Jarvis Hardware

1214 2nd Ave

Montgomery, WV 25136

**Date or dates debt was incurred**    Unknown

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**   Dealer Contract & Related Addendums

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 0

---

### 3.106

**Nonpriority creditor's name and mailing address**

Jasper Engines&Transmissions

102 D St

Charleston, WV 25303

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**   Products/Services Provided

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 0

---

Debtor  Phack Co. of West Virginia
_____
Name

Case number _(if known)_ _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

3.107 **Nonpriority creditor's name and mailing address**
Jays Automotive, LLC

321 N Mildred St

Ranson, WV 25438

Date or dates debt was incurred  **Unknown**

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Dealer Contract & Related Addendums

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0

---

3.108 **Nonpriority creditor's name and mailing address**
JC's Hardware LLC

3800 Appalachian Hwy

Rock View, WV 24880

Date or dates debt was incurred  **Unknown**

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Dealer Contract & Related Addendums

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0

---

3.109 **Nonpriority creditor's name and mailing address**
Jeremy Lymieek

1121 Hickory Rd

Charleston, WV 25314

Date or dates debt was incurred  **Various**

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Products/Services Provided

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 0.24

---

3.110 **Nonpriority creditor's name and mailing address**
Joe Holland Chevrolet

PO Box 8536

S Charleston, WV 25303

Date or dates debt was incurred  **Various**

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Products/Services Provided

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 384.45

---

3.111 **Nonpriority creditor's name and mailing address**
Joe Moores Exxon II

21 Brookhaven Rd

Morgantown, WV 26505

Date or dates debt was incurred  **Unknown**

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Vendor Checks

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12.30

---

| Debtor | Phaul Co. of West Virginia | Case number (if known) |
| --- | --- | --- |
| | Name | |

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.112** Nonpriority creditor's name and mailing address
John S Davis

23746 Midland Trail

Victor, WV 25938

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Products/Services Provided

$ 306.00

Date or dates debt was incurred  Various

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

---

**3.113** Nonpriority creditor's name and mailing address
John Sears

1221 Fourth Avenue

Huntington, WV 25701

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Lease

$ 0

Date or dates debt was incurred  Unknown

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.114** Nonpriority creditor's name and mailing address
Johnson, Okey, W

1410 Sattes Circle

Nitro, WV 25143

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Vendor Checks

$ 30.31

Date or dates debt was incurred  Unknown

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.115** Nonpriority creditor's name and mailing address
Jones Performance Products Inc

1 Jones Way

W Middlesex, PA 16159

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Products/Services Provided

$ 1,900.00

Date or dates debt was incurred  Various

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

---

**3.116** Nonpriority creditor's name and mailing address
Jowar Feed & Supply

202 Coal Heritage Rd

Iaeger, WV 24844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Dealer Contract & Related Addendums

$ 0

Date or dates debt was incurred  Unknown

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Debtor   Phad Co. of West Virginia
         Name

Case number (if known)

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.117** Nonpriority creditor's name and mailing address

JP's Service Station

401 Main St

West Union, WV 26456

Date or dates debt was incurred     Unknown

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    Dealer Contract & Related Addendums

Is the claim subject to offset?
☑ No
☐ Yes

$ 0

---

**3.118** Nonpriority creditor's name and mailing address

Kalleels Auto Spa

210 Tiano St

Fairmont, WV 26554

Date or dates debt was incurred     Unknown

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Dealer Contract & Related Addendums

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

**3.119** Nonpriority creditor's name and mailing address

Kenneth William Nichols

1107 Camden Ave

Parkersburg, WV 26101

Date or dates debt was incurred     Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Products/Services Provided

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.86

---

**3.120** Nonpriority creditor's name and mailing address

Kidwell Auto Parts

16053 Applachian Hwy

Thomas, WV 26292

Date or dates debt was incurred     Unknown

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Dealer Contract & Related Addendums

Is the claim subject to offset?
☑ No
☐ Yes

$ 0

---

**3.121** Nonpriority creditor's name and mailing address

Kidwell Auto Parts Inc

413 1st St

Parsons, WV 26287

Date or dates debt was incurred     Unknown

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Dealer Contract & Related Addendums

Is the claim subject to offset?
☑ No
☐ Yes

$ 0

---

Debtor ___Fraud Co. of West Virginia___ Case number _(if known)_____
     Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122** Nonpriority creditor's name and mailing address
Kings Budget Services LLC

285 Don Knotts Blvd

Morgantown, WV 26501

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _Dealer Contract & Related Addendums_

$ 0

Date or dates debt was incurred     Unknown

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

---

**3.123** Nonpriority creditor's name and mailing address
Larrys Service Station

913 N 13th St

Clarksburg, WV 26301

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Dealer Contract & Related Addendums_

$ 0

Date or dates debt was incurred     Unknown

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.124** Nonpriority creditor's name and mailing address
Liberty View Quild Shop

2886 Northwestern Pike

Capon Bridge, WV 26711

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Dealer Contract & Related Addendums_

$ 0

Date or dates debt was incurred     Unknown

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.125** Nonpriority creditor's name and mailing address
Marshall & Sons Rental & Storage

2007 1st Ave

Vienna, WV 26105

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Dealer Contract & Related Addendums_

$ 0

Date or dates debt was incurred     Unknown

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

---

**3.126** Nonpriority creditor's name and mailing address
Mccourt, Verdon

Webster Springs

Webster Springs, WV 26288

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Unclaimed Vendor Checks_

$ 6.33

Date or dates debt was incurred     Unknown

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    Paul Co. of West Virginia    Case number (if known)
          Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.127** Nonpriority creditor's name and mailing address
Mefcor Inc

33049 Gov G C Peery Hwy

North Tazewell, VA 24630

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Dealer Contract & Related Addendums

$ 0

Date or dates debt was incurred    Unknown
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.128** Nonpriority creditor's name and mailing address
Melissa Cavender

10 Oak Cir

Parkersburg, WV 26101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Products/Services Provided

$ 69.71

Date or dates debt was incurred    Various
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.129** Nonpriority creditor's name and mailing address
Melissa Cavender

1217 11th St

Vienna, WV 26101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Products/Services Provided

$ 14.77

Date or dates debt was incurred    Various
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.130** Nonpriority creditor's name and mailing address
Metropolitan Telecommunications

PO Box 9660

Manchester, NH 03108-9660

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Products/Services Provided

$ 1,496.08

Date or dates debt was incurred    Various
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.131** Nonpriority creditor's name and mailing address
Michelle Evans And Jessica Smalley, As Co-Adminstratrix'S Of The Estate
Of Jason Smalley C/O Dan F. Partin, Attorney-At-Law, Psc
107 S. Main Street P.O. Box 938

Harlan, KY 40831

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Lawsuit

$ Unknown

Date or dates debt was incurred    Unknown
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor _____Phaul Co. of West Virginia_____
    Name

Case number _(if known)_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.132** Nonpriority creditor's name and mailing address
Middle Creek Garage & Self Storage

3949 National Rd.

Triadelphia, WV 26059

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _Dealer Contract & Related Addendums_

$ 0

Date or dates debt was incurred    Unknown

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

---

**3.133** Nonpriority creditor's name and mailing address
Midway Storage

195 Little Beaver Rd

Calvin, WV 26660

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Dealer Contract & Related Addendums_

$ 0

Date or dates debt was incurred    Unknown

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

---

**3.134** Nonpriority creditor's name and mailing address
Mon Power

PO Box 3615

Akron, OH 44309-3615

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Products/Services Provided_

$ 872.42

Date or dates debt was incurred    Various

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

---

**3.135** Nonpriority creditor's name and mailing address
Morgan Auto Parts

PO Box 1917

Fairmont, WV 26554

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Unclaimed Vendor Checks_

$ 6.43

Date or dates debt was incurred    Unknown

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

---

**3.136** Nonpriority creditor's name and mailing address
Mo's Mini Warehousing

2351 Garfield Ave

Parkersburg, WV 26101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Dealer Contract & Related Addendums_

$ 0

Date or dates debt was incurred    Unknown

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Phaul Co. of West Virginia | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.137** Nonpriority creditor's name and mailing address
Mountain State Tire

315 Main St

Chapmanville, WV 25508

Date or dates debt was incurred **Unknown**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: *Dealer Contract & Related Addendums*

Is the claim subject to offset?
☑ No
☐ Yes

$ 0

---

**3.138** Nonpriority creditor's name and mailing address
Mountaineer Mini Storage

1189 Ritter Dr

Daniels, WV 25832

Date or dates debt was incurred **Unknown**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: *Dealer Contract & Related Addendums*

Is the claim subject to offset?
☑ No
☐ Yes

$ 0

---

**3.139** Nonpriority creditor's name and mailing address
MPC Fuel Systems

333 Passaic Ave

Fairfield, NJ 07004

Date or dates debt was incurred **Various**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: *Products/Services Provided*

Is the claim subject to offset?
☑ No
☐ Yes

$ 486.00

---

**3.140** Nonpriority creditor's name and mailing address
Mr Rogers Self Storage

800 Piedmont Rd

Charleston, WV 25301

Date or dates debt was incurred **Unknown**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: *Dealer Contract & Related Addendums*

Is the claim subject to offset?
☑ No
☐ Yes

$ 0

---

**3.141** Nonpriority creditor's name and mailing address
Napa Auto Parts

File 56893

Los Angeles, CA 90074

Date or dates debt was incurred **Various**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: *Products/Services Provided*

Is the claim subject to offset?
☑ No
☐ Yes

$ 30.94

---

Debtor _____ Phad Co. of West Virginia _____    Case number (if known) _____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.142** Nonpriority creditor's name and mailing address
Napa Auto Parts

PO Box 409043

Atlanta, GA 30384-9043

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Products/Services Provided

$ 1,959.04

Date or dates debt was incurred    Various
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.143** Nonpriority creditor's name and mailing address
New River Taxi

3058 Harper Rd

Beckley, WV 25801

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Dealer Contract & Related Addendums

$ 0

Date or dates debt was incurred    Unknown
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.144** Nonpriority creditor's name and mailing address
Nitro Fireworks & Storage

728 1st Ave S

Nitro, WV 25143

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Dealer Contract & Related Addendums

$ 0

Date or dates debt was incurred    Unknown
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.145** Nonpriority creditor's name and mailing address
Noble Preowned Auto Sales

2518C Williamsport Pike

Martinsburg, WV 25404

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unknown

$ 0

Date or dates debt was incurred    Dealer Contract & Related Addendums
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.146** Nonpriority creditor's name and mailing address
North Beckley PSD

122 Clear Water Ln

Beckley, WV 25801-3159

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Products/Services Provided

$ 0.52

Date or dates debt was incurred    Various
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  PHAEL CO. of West Virginia
         _____
         Name

         Case number _(if known)_ _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.147** | Nonpriority creditor's name and mailing address
North Texas Tollway Authority

5900 W Plano Pkwy

Plano, TX 75093

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Products/Services Provided

$ 14.72

Date or dates debt was incurred    Various

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address
Old Dominion Freight Line

PO Box 742296

Los Angeles, CA 90074-2296

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Products/Services Provided

$ 273.65

Date or dates debt was incurred    Various

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address
Omega Environmental Technologi

PO Box 677629

Dallas, TX 75267-7629

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Products/Services Provided

$ 175.17

Date or dates debt was incurred    Various

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address
Ona Used Auto Sales

3215 US Rte 60 E

Ona, WV 25545

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Dealer Contract & Related Addendums

$ 0

Date or dates debt was incurred    Unknown

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address
P&H Family Pizza

321 Pullman Dr

Pennsboro, WV 26415

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Dealer Contract & Related Addendums

$ 0

Date or dates debt was incurred    Unknown

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  Paul Co. of West Virginia
_____
Name

Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.152** Nonpriority creditor's name and mailing address
Par Mar Oil Company Store 37

3211 Washington Blvd

Huntington, WV 25705

Date or dates debt was incurred      Unknown

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Dealer Contract & Related Addendums

Is the claim subject to offset?
☑ No
☐ Yes

$ 0

---

**3.153** Nonpriority creditor's name and mailing address
Par Mar Store 123

1428 Van Voorhis Rd

Morgantown, WV 26505

Date or dates debt was incurred      Unknown

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Dealer Contract & Related Addendums

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

**3.154** Nonpriority creditor's name and mailing address
Par Mar Stores

100 Violet Dr

Ravenswood, WV 26164

Date or dates debt was incurred      Unknown

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Dealer Contract & Related Addendums

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

**3.155** Nonpriority creditor's name and mailing address
Park Systems Inc

3501 Maccorkle Ave SE

Kanawha City, WV 25304

Date or dates debt was incurred      Unknown

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Dealer Contract & Related Addendums

Is the claim subject to offset?
☑ No
☐ Yes

$ 0

---

**3.156** Nonpriority creditor's name and mailing address
Pawn Plus Guns

192 Biggs Ln

South Shore, KY 41175

Date or dates debt was incurred      Unknown

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Dealer Contract & Related Addendums

Is the claim subject to offset?
☑ No
☐ Yes

$ 0

---

| Debtor | Phaud Co. of West Virginia | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.157** Nonpriority creditor's name and mailing address
PB Rentals & Storage

1321 Commerce St

Wellsburg, WV 26070

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _Dealer Contract & Related Addendums_

$ 0

Date or dates debt was incurred   Unknown

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.158** Nonpriority creditor's name and mailing address
Peaslees Service Center

16548 Veterans Memorial Hwy

Kingwood, WV 26537

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Dealer Contract & Related Addendums_

$ 0

Date or dates debt was incurred   Unknown

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.159** Nonpriority creditor's name and mailing address
Performance Radiator Pacific LLC

PO Box 11224

Tacoma, WA 98411

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Products/Services Provided_

$ 4,892.23

Date or dates debt was incurred   Various

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.160** Nonpriority creditor's name and mailing address
Petersburg Electronics

436 Keyser Ave

Petersburg, WV 26847

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Dealer Contract & Related Addendums_

$ 0

Date or dates debt was incurred   Unknown

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.161** Nonpriority creditor's name and mailing address
Peyton, Paul

1104 National Road

Wheeling, WV 26003

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Unclaimed Vendor Checks_

$ 18.02

Date or dates debt was incurred   Unknown

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor ___Phaud Co. of West Virginia___
      Name

Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.162** Nonpriority creditor's name and mailing address
Phillips 66 Company

Houston, TX 77042

Wellsburg, WV 26070

Date or dates debt was incurred     Various

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:     Products/Services Provided

Is the claim subject to offset?
■ No
☐ Yes

$ 3,190.80

---

**3.163** Nonpriority creditor's name and mailing address
Phillips 66 Company

21064 Network Pl

Chicago, IL 60673-1210

Date or dates debt was incurred     Various

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:     Products/Services Provided

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,252.80

---

**3.164** Nonpriority creditor's name and mailing address
PR Rentals & Storage

1321 Commerce St.

Wellsburg, WV 26070

Date or dates debt was incurred     Unknown

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:     Dealer Contract & Related Addendums

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

**3.165** Nonpriority creditor's name and mailing address
Precision Products

PO Box 776208

Chicago, IL 60677-6208

Date or dates debt was incurred     Various

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:     Products/Services Provided

Is the claim subject to offset?
■ No
☐ Yes

$ 861.42

---

**3.166** Nonpriority creditor's name and mailing address
Princeton Storage

401 S Wickham Ave

Princeton, WV 24740

Date or dates debt was incurred     Unknown

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:     Dealer Contract & Related Addendums

Is the claim subject to offset?
■ No
☐ Yes

$ 0

---

Debtor _____Phact Co. of West Virginia_____   Case number (if known)_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3.167 | Nonpriority creditor's name and mailing address
PS Mini Storage

854 Hedgesville Rd
Martinsburg, WV 25401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Dealer Contract & Related Addendums

$ 0

Date or dates debt was incurred      Unknown

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.168 | Nonpriority creditor's name and mailing address
PTI Security Systems

9160 E Bahia Dr
Scottsdale, AZ 85260

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Products/Services Provided

$ 768.04

Date or dates debt was incurred      Various

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.169 | Nonpriority creditor's name and mailing address
Pundmann Ford

2727 W Clay
St Charles, MO 63301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Products/Services Provided

$ 3,258.04

Date or dates debt was incurred      Various

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.170 | Nonpriority creditor's name and mailing address
Putnam Elite Storage

3979-R Teays Valley Rd
Hurricane, WV 25526

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Dealer Contract & Related Addendums

$ 0

Date or dates debt was incurred      Unknown

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.171 | Nonpriority creditor's name and mailing address
R W Rogers Company Inc

610 S Kirk Rd
St Charles, IL 60174

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Products/Services Provided

$ 807.00

Date or dates debt was incurred      Various

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Prab Co. of West Virginia | Case number (if known) |
|--------|---------------------------|------------------------|
|        | Name                      |                        |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.172** Nonpriority creditor's name and mailing address
Racen Preowned Auto Sales

53 N Locust St

Buckhannon, WV 26201

Date or dates debt was incurred      Unknown

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Dealer Contract & Related Addendums

Is the claim subject to offset?
☑ No
☐ Yes

$ 0

---

**3.173** Nonpriority creditor's name and mailing address
Ralphs Country Store

Rte 250 S

Philippi, WV 26416

Date or dates debt was incurred      Unknown

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Dealer Contract & Related Addendums

Is the claim subject to offset?
☑ No
☐ Yes

$ 0

---

**3.174** Nonpriority creditor's name and mailing address
Reedy Grocery

22 Main St

Reedy, WV 25270

Date or dates debt was incurred      Unknown

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Dealer Contract & Related Addendums

Is the claim subject to offset?
☑ No
☐ Yes

$ 0

---

**3.175** Nonpriority creditor's name and mailing address
Remarkable Resources LLC

1645 Speedway Ave

Fairmont, WV 26554

Date or dates debt was incurred      Unknown

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Dealer Contract & Related Addendums

Is the claim subject to offset?
☑ No
☐ Yes

$ 0

---

**3.176** Nonpriority creditor's name and mailing address
Rhino Self Storage

316 Putnam Village Dr

Hurricane, WV 25526

Date or dates debt was incurred      Unknown

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Dealer Contract & Related Addendums

Is the claim subject to offset?
☑ No
☐ Yes

$ 0

---

| Debtor | Phact Co. of West Virginia | Case number (if known) |
|--------|----------------------------|------------------------|
| | Name | |

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.177** Nonpriority creditor's name and mailing address
Richard Self Storage

3498 Earl L Core Rd

Morgantown, WV 26508

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Dealer Contract & Related Addendums

$ 0

Date or dates debt was incurred        Unknown

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

---

**3.178** Nonpriority creditor's name and mailing address
Riders Unocal 76

413 Bridge St

Huntington, WV 25702

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Dealer Contract & Related Addendums

$ 0

Date or dates debt was incurred        Unknown

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.179** Nonpriority creditor's name and mailing address
Rileys Tools

6508 Maccorkle

St Albans, WV 25177

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Products/Services Provided

$ 61.38

Date or dates debt was incurred        Various

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.180** Nonpriority creditor's name and mailing address
Robinson Motorcars

454 Middleway Pike

Inwood, WV 25428

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Dealer Contract & Related Addendums

$ 0

Date or dates debt was incurred        Unknown

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

---

**3.181** Nonpriority creditor's name and mailing address
Robinson Motorcars Of Hedgesville

7475 Hedgesville Rd

Hedgesville, WV 25427

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Dealer Contract & Related Addendums

$ 0

Date or dates debt was incurred        Unknown

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor ___Phuil Co. of West Virginia___    Case number _(if known)_____
        Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.182** Nonpriority creditor's name and mailing address
Rodgers Fairlea Equipment

9244 Seneca Trail Fairlea

Ronceverte, WV 24970

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Dealer Contract & Related Addendums

$ 0

Date or dates debt was incurred ___Unknown___

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.183** Nonpriority creditor's name and mailing address
Rogers Custom Paint & Body

543 Burlington Rd

Huntington, WV 25704

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Dealer Contract & Related Addendums

$ 0

Date or dates debt was incurred ___Unknown___

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.184** Nonpriority creditor's name and mailing address
Roos LLC

4341 Rte 60 E

Huntington, WV 25705

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Dealer Contract & Related Addendums

$ 0

Date or dates debt was incurred ___Unknown___

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.185** Nonpriority creditor's name and mailing address
Roy Lee Graley

1373 Kanawha Forest Rd

Charleston, WV 25304

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Products/Services Provided

$ 8.20

Date or dates debt was incurred ___Various___

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.186** Nonpriority creditor's name and mailing address
RS Hughes Co Inc

16900 W Victor Rd

New Berlin, WI 53151

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Products/Services Provided

$ 58.57

Date or dates debt was incurred ___Various___

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor _____  Case number _(if known)_ _____
Fraud Co. of West Virginia
    Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.187** Nonpriority creditor's name and mailing address
RW Light & Sons

2841 Virginia Ave

Narrows, VA 24124

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _Dealer Contract & Related Addendums_

$ 0

Date or dates debt was incurred   Unknown

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

---

**3.188** Nonpriority creditor's name and mailing address
RW Rogers Company

610 S Kirk Rd

St Charles, IL 60174

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Products/Services Provided_

$ 478.00

Date or dates debt was incurred   Various

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.189** Nonpriority creditor's name and mailing address
Sandusky Lee Corp

PO Box 74868

Chicago, IL 60694-4868

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Products/Services Provided_

$ 423.50

Date or dates debt was incurred   Various

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.190** Nonpriority creditor's name and mailing address
Sandys Service Station & Storage

5419 Virginia Ave

Pembroke, VA 24136

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Dealer Contract & Related Addendums_

$ 0

Date or dates debt was incurred   Unknown

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

---

**3.191** Nonpriority creditor's name and mailing address
Sarah Marie Koon

607 S 5th St

Clarksburg, WV 26301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Products/Services Provided_

$ 0.69

Date or dates debt was incurred   Various

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | U-Haul Co. of West Virginia | Case number *(if known)* |
| | Name | |

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.192** Nonpriority creditor's name and mailing address
Save A Lot

1400 Chestnut St

Kenova, WV 25530

Date or dates debt was incurred — Unknown

Last 4 digits of account number — ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Dealer Contract & Related Addendums

Is the claim subject to offset?
■ No
☐ Yes

$ 0

---

**3.193** Nonpriority creditor's name and mailing address
Sherwin Williams

2463 3rd Ave

Huntington, WV 25703

Date or dates debt was incurred — Various

Last 4 digits of account number — ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Products/Services Provided

Is the claim subject to offset?
☐ No
☐ Yes

$ 121.86

---

**3.194** Nonpriority creditor's name and mailing address
South Hill Storage

81 S Hill Plaza Dr

Ripley, WV 25271

Date or dates debt was incurred — Unknown

Last 4 digits of account number — ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Dealer Contract & Related Addendums

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

**3.195** Nonpriority creditor's name and mailing address
South Point Storage

518 Solida Rd

South Point, OH 45680

Date or dates debt was incurred — Unknown

Last 4 digits of account number — ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Dealer Contract & Related Addendums

Is the claim subject to offset?
■ No
☐ Yes

$ 0

---

**3.196** Nonpriority creditor's name and mailing address
St Albans Mini Storage LLC

1975 Pennsylvania Ave

Saint Albans, WV 25177

Date or dates debt was incurred — Unknown

Last 4 digits of account number — ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Dealer Contract & Related Addendums

Is the claim subject to offset?
■ No
☐ Yes

$ 0

| Debtor | Phair Co. of West Virginia | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.197**

**Nonpriority creditor's name and mailing address**
Stans Car Wash & Detail Shop

510 Washington Ave

Huntington, WV 25701

Date or dates debt was incurred    Unknown

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**    Dealer Contract & Related Addendums

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0

---

**3.198**

**Nonpriority creditor's name and mailing address**
Star Graphics Inc

51 W Elliot Rd

Tempe, AZ 85284

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Products/Services Provided

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 40.45

---

**3.199**

**Nonpriority creditor's name and mailing address**
State Electric Supply Co

PO Box 890889

Charlotte, NC 28289-0889

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Products/Services Provided

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,353.82

---

**3.200**

**Nonpriority creditor's name and mailing address**
Stonecreek Storage LLC

89 Cr 181

Ironton, OH 45638

Date or dates debt was incurred    Unknown

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Dealer Contract & Related Addendums

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0

---

**3.201**

**Nonpriority creditor's name and mailing address**
Store It

3450 Winfield Rd

Winfield, WV 25213

Date or dates debt was incurred    Unknown

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Dealer Contract & Related Addendums

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0

---

| Debtor | Phillip Co. of West Virginia | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.202** | **Nonpriority creditor's name and mailing address**

Sunbelt Rentals

PO Box 409211

Atlanta, GA 30384-9211

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Products/Services Provided

$ 400.51

Date or dates debt was incurred: Various

Last 4 digits of account number: ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address**

Teays Valley Rental

3788 Teays Valley Rd

Hurricane, WV 25526

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Vendor Checks

$ 185.04

Date or dates debt was incurred: Unknown

Last 4 digits of account number: ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address**

Terminal Supply Co

1800 Thunderbird St

Troy, MI 48084

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Products/Services Provided

$ 179.69

Date or dates debt was incurred: Various

Last 4 digits of account number: ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address**

Terra Flora Landscaping, Inc.

300 Ward Ave, PO Box 122

Elkins, WV 26241

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Landscaping Services

$ 0

Date or dates debt was incurred: Unknown

Last 4 digits of account number: ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address**

The Battery Terminal

3836 Winchester Ave

Ashland, KY 41101

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Dealer Contract & Related Addendums

$ 0

Date or dates debt was incurred: Unknown

Last 4 digits of account number: ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor _____Fraul Co. of West Virginia_____
Name

Case number _(if known)_ _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.207**

**Nonpriority creditor's name and mailing address**
The Carpet And Floor Store

50 Stonewall Dr

Summersville, WV 26651

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _Dealer Contract & Related Addendums_

$ 0

**Date or dates debt was incurred** Unknown

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.208**

**Nonpriority creditor's name and mailing address**
The Exponent Telegram

PO Box 2000

Clarksburg, WV 26302

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Products/Services Provided_

$ 28.76

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.209**

**Nonpriority creditor's name and mailing address**
Thomas, Chris

1811 Beaver St

Parkersburg, WV 26101

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Unclaimed Vendor Checks_

$ 106.25

**Date or dates debt was incurred** Unknown

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.210**

**Nonpriority creditor's name and mailing address**
Tiger Mtn Refuge

105 Main St

Rainelle, WV 25962

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Unclaimed Vendor Checks_

$ 30.50

**Date or dates debt was incurred** Unknown

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.211**

**Nonpriority creditor's name and mailing address**
Tireville

835 E Washington St

Charles Town, WV 25414

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Dealer Contract & Related Addendums_

$ 0

**Date or dates debt was incurred** Unknown

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____
    Haul Co. of West Virginia
     Name

Case number _(if known)_ _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.212** | **Nonpriority creditor's name and mailing address**

Todd Judy Ford Of Charleston

PO Box 1431

Charleston, WV 25325

Date or dates debt was incurred    Various

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Products/Services Provided

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 279.55

---

**3.213** | **Nonpriority creditor's name and mailing address**

Tri County Storage

10187 George Washington Hwy

Bridgeport, WV 26330

Date or dates debt was incurred    Unknown

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Dealer Contract & Related Addendums

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 0

---

**3.214** | **Nonpriority creditor's name and mailing address**

Tri State Packaging

715 Orchard Park Rd

Hurricane, WV 25526

Date or dates debt was incurred    Unknown

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Unclaimed Vendor Checks

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 28.31

---

**3.215** | **Nonpriority creditor's name and mailing address**

Triangle Auto Sales

230 Pleasant St

Hinton, WV 25951

Date or dates debt was incurred    Unknown

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Dealer Contract & Related Addendums

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 0

---

**3.216** | **Nonpriority creditor's name and mailing address**

Triangle Heating & Cooling

PO Box 822

Elkins, WV 26241

Date or dates debt was incurred    Various

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Products/Services Provided

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 1,409.80

---

| Debtor | U-Haul Co. of West Virginia | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.217** Nonpriority creditor's name and mailing address
Turf Classic Auto Sales

777 E Washington St

Charles Town, WV 25414

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _Dealer Contract & Related Addendums_

Date or dates debt was incurred **Unknown**
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

$ 0

---

**3.218** Nonpriority creditor's name and mailing address
Tygart Marine & Recreation

1111 N Pike St

Grafton, WV 26354

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Dealer Contract & Related Addendums_

Date or dates debt was incurred **Unknown**
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

**3.219** Nonpriority creditor's name and mailing address
Tyler Mountain Water Co Inc

POB 909

Nitro, WV 25143

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Products/Services Provided_

Date or dates debt was incurred **Various**
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 51.42

---

**3.220** Nonpriority creditor's name and mailing address
U-Haul International, Inc.

2727 N. Central Ave.

Phoenix, AZ 85004

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _Intercompany Loans_

Date or dates debt was incurred **Various**
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

$ 118,131,303.00

---

**3.221** Nonpriority creditor's name and mailing address
U-Haul International, Inc.

2727 N. Central Ave.

Phoenix, AZ 85004

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Rental Company Contract_

Date or dates debt was incurred **Unknown**
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

$ 0

---

Debtor    Pharaoh Oil. of West Virginia
_____
Name

Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.222** Nonpriority creditor's name and mailing address
UHIL 1, LLC

2727 N. Central Ave.

Phoenix, AZ  85004

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Property Management Agreement

Date or dates debt was incurred    Unknown

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

$ 0

---

**3.223** Nonpriority creditor's name and mailing address
UHIL 12, LLC

2727 N. Central Ave.

Phoenix, AZ  85004

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Property Management Agreement

Date or dates debt was incurred    Unknown

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

$ 0

---

**3.224** Nonpriority creditor's name and mailing address
UHIL 33, LLC

2727 N. Central Ave.

Phoenix, AZ  85004

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Property Management Agreement

Date or dates debt was incurred    Unknown

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

$ 0

---

**3.225** Nonpriority creditor's name and mailing address
UHIL 34, LLC

2727 N. Central Ave.

Phoenix, AZ  85004

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Property Management Agreement

Date or dates debt was incurred    Unknown

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

$ 0

---

**3.226** Nonpriority creditor's name and mailing address
UHIL 38, LLC

2727 N. Central Ave.

Phoenix, AZ  85004

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Property Management Agreement

Date or dates debt was incurred    Unknown

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

Debtor _____Fraul Co. of West Virginia_____  Case number _(if known)_____
Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.227** | Nonpriority creditor's name and mailing address

US Wheel Corporation

15702 Producer Ln

Huntington Beach, CA 92649

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Products/Services Provided

$ 188.28

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.228** | Nonpriority creditor's name and mailing address

VB Mart

403 Old Virginia Ave

Rich Creek, VA 24147

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Dealer Contract & Related Addendums

$ 0

Date or dates debt was incurred    Unknown

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.229** | Nonpriority creditor's name and mailing address

Velvac

Bin #53052

Milwaukee, WI 53288-0052

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Products/Services Provided

$ 988.16

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.230** | Nonpriority creditor's name and mailing address

Velvac

2405 S Calhoun Rd

New Berlin, WI 53151

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Products/Services Provided

$ 303.32

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.231** | Nonpriority creditor's name and mailing address

Victory Packaging

File 50538

Los Angeles, CA 90074

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Products/Services Provided

$ 36,410.54

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

Debtor _____ Prhaul Co. of West Virginia _____
        Name

Case number _(if known)_ _____

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.232**

**Nonpriority creditor's name and mailing address**
Victory Packaging-Center Irving

15101 Grand River Rd

Worth, TX 76155

Date or dates debt was incurred  Various

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Products/Services Provided

Is the claim subject to offset?
☒ No
☐ Yes

$ 250.00

---

**3.233**

**Nonpriority creditor's name and mailing address**
Victory Packaging-Center Pa

108 Tomlinson Dr

Zelienople, PA 16063

Date or dates debt was incurred  Various

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Products/Services Provided

Is the claim subject to offset?
☒ No
☐ Yes

$ 11,171.43

---

**3.234**

**Nonpriority creditor's name and mailing address**
War True Value

22 Main St

War, WV 24892

Date or dates debt was incurred  Unknown

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Dealer Contract & Related Addendums

Is the claim subject to offset?
☒ No
☐ Yes

$ 0

---

**3.235**

**Nonpriority creditor's name and mailing address**
Waterfront Towing

3510 Monongahela Blvd

Morgantown, WV 26505

Date or dates debt was incurred  Unknown

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Dealer Contract & Related Addendums

Is the claim subject to offset?
☒ No
☐ Yes

$ 0

---

**3.236**

**Nonpriority creditor's name and mailing address**
Weber Chevrolet

12015 Olive Blvd

St Louis, MO 63141-9009

Date or dates debt was incurred  Various

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Products/Services Provided

Is the claim subject to offset?
☒ No
☐ Yes

$ 10,310.94

---

| Debtor | U-Haul Co. of West Virginia | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.237** Nonpriority creditor's name and mailing address

Weirton Tire And Auto

2408 Penna Ave.

Weirton, WV 26062

Date or dates debt was incurred ___Unknown___

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _Dealer Contract & Related Addendums_

Is the claim subject to offset?
☒ No
☐ Yes

$ 0

---

**3.238** Nonpriority creditor's name and mailing address

Werowinski, Jeff

98 Green Dr

Hurricane, WV 25526

Date or dates debt was incurred ___Unknown___

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Unclaimed Vendor Checks_

Is the claim subject to offset?
☒ No
☐ Yes

$ 532.95

---

**3.239** Nonpriority creditor's name and mailing address

Wesley Lamar Williams

144 Collins Circle Rd

Kimberly, WV 25118

Date or dates debt was incurred ___Various___

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Products/Services Provided_

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.09

---

**3.240** Nonpriority creditor's name and mailing address

West Virginia Self Storage & Outdoor Power

580 S Mineral St

Keyser, WV 26726

Date or dates debt was incurred ___Unknown___

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Dealer Contract & Related Addendums_

Is the claim subject to offset?
☒ No
☐ Yes

$ 0

---

**3.241** Nonpriority creditor's name and mailing address

Western Auto

32 Main St

Rainelle, WV 25962

Date or dates debt was incurred ___Unknown___

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Dealer Contract & Related Addendums_

Is the claim subject to offset?
☒ No
☐ Yes

$ 0

---

Debtor _____Phad Co. of West Virginia_____  Case number _(if known)_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.242** | Nonpriority creditor's name and mailing address
Westover Exxon

301 Holland Ave

Westover, WV 26501

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _Dealer Contract & Related Addendums_

**$ 0**

Date or dates debt was incurred    Unknown

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

---

**3.243** | Nonpriority creditor's name and mailing address
Whiting Door Manufacturing Corp

PO Box 8000 - Dept 725

Buffalo, NY 14267

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Products/Services Provided_

**$ 166.47**

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.244** | Nonpriority creditor's name and mailing address
Whiting Door Manufacturing Corp

113 Cedar St

Akron, NY 14001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Products/Services Provided_

**$ 9.55**

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.245** | Nonpriority creditor's name and mailing address
Williams Detroit Diesel

PO Box 29127

Phoenix, AZ 85038-9127

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Products/Services Provided_

**$ 153.55**

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

---

**3.246** | Nonpriority creditor's name and mailing address
Willowbrook Outfitters

327 Winfrey Ln Rte 460

Princeton, WV 24739

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Dealer Contract & Related Addendums_

**$ 0**

Date or dates debt was incurred    Unknown

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor _____ Phael Co. of West Virginia _____    Case number (if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.247** Nonpriority creditor's name and mailing address
Willys Hot Shot

1024 Grafton Rd

Morgantown, WV 26508

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Dealer Contract & Related Addendums

Date or dates debt was incurred   Unknown

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

$ 0

---

**3.248** Nonpriority creditor's name and mailing address
Wist Office Products Company

PO Box 98413

Las Vegas, NV 89193-8413

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Products/Services Provided

Date or dates debt was incurred   Various

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 15.00

---

**3.249** Nonpriority creditor's name and mailing address
Worldwide Liquidators

8005 Us Rte 60

Ashland, KY 41102

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Dealer Contract & Related Addendums

Date or dates debt was incurred   Unknown

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

**3.250** Nonpriority creditor's name and mailing address
Your Stores

185 Temple Cir

Sistersville, WV 26175

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Dealer Contract & Related Addendums

Date or dates debt was incurred   Unknown

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

$ 0

---

**3.251** Nonpriority creditor's name and mailing address
YRC Inc

PO Box 100129

Pasadena, CA 91189-0003

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Products/Services Provided

Date or dates debt was incurred   Various

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

$ 532.70

---

Debtor U-Haul Co. of West Virginia
_____
Name

Case number _(if known)_____

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.252**

**Nonpriority creditor's name and mailing address**
Zack Brandon

1786 Valley Grove Rd

Charleston, WV 25311

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Products/Services Provided

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.20

---

**3.253**

**Nonpriority creditor's name and mailing address**
ZZ Auto Service Center & Storage

874 Cheshire Rd

Bunker Hill, WV 25413

**Date or dates debt was incurred**  Unknown

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Dealer Contract & Related Addendums

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0

---

**3.254**

**Nonpriority creditor's name and mailing address**
_____

_____

_____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.255**

**Nonpriority creditor's name and mailing address**
_____

_____

_____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.256**

**Nonpriority creditor's name and mailing address**
_____

_____

_____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Debtor  U-Haul Co. of West Virginia                                        Case number *(if known)*_____
        Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. NONE | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor _____
Name

Case number _____ (if known)

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    McHan Co. of West Virginia          Case number (if known)
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 138,058.49 |
| 5b. **Total claims from Part 2** | 5b. + | $ 118,266,973.75 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 118,405,032.24 |

**Fill in this information to identify the case:**

Debtor name ___U-Haul Co. of West Virginia___

United States Bankruptcy Court for the: __Southern__     District of __West Virginia__
                                                                        (State)

Case number (If known): _____     Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | Stonecreek Storage LLC |
| | | Contract Right | 89 CR 181 |
| | State the term remaining | 1 Year, 7 Months | Ironton, OH 45638 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | Par Mar Store 123 |
| | | Contract Right | 1428 Van Voorhis Rd |
| | State the term remaining | 1 Year, 7 Months | Morgantown, WV 26505 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | St Albans Mini Storage LLC |
| | | Contract Right | 1975 Pennsylvania Ave |
| | State the term remaining | 2 Years, 1 Months | Saint Albans, WV 25177 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | Burnsville Auto Parts Inc |
| | | Contract Right | 429 Depot St |
| | State the term remaining | 1 Year, 7 Months | Burnsville, WV 26335 |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | Freedom Wireless |
| | | Contract Right | 1106 Anchorage Cir |
| | State the term remaining | 1 Year, 8 Months | Vansant, VA 24656 |
| | List the contract number of any government contract | | |

| Debtor | U-Haul Co. of West Virginia | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Contract & Related Addendums | Kalleels Auto Spa |
| | | Contract Right | 210 Tiano St |
| | **State the term remaining** | 2 Years, 9 Months | Fairmont, WV 26554 |
| | **List the contract number of any government contract** | | |
| 2.7_ | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Contract & Related Addendums | 81 Solutions LLC |
| | | Contract Right | 452 Main St |
| | **State the term remaining** | 1 Year, 7 Months | Bland, VA 24315 |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Contract & Related Addendums | Tri County Storage |
| | | Contract Right | 10187 George Washington Hwy |
| | **State the term remaining** | 2 Years, 1 Months | Bridgeport, WV 26330 |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Contract & Related Addendums | BRI Storage |
| | | Contract Right | 4186 Washington St W |
| | **State the term remaining** | 1 Year, 5 Months | Charleston, WV 25313 |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Contract & Related Addendums | Save A Lot |
| | | Contract Right | 1400 Chestnut St |
| | **State the term remaining** | 2 Years, 8 Months | Kenova, WV 25530 |
| | **List the contract number of any government contract** | | |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Contract & Related Addendums | Roos LLC |
| | | Contract Right | 4341 Rte 60 E |
| | **State the term remaining** | 1 Year, 8 Months | Huntington, WV 25705 |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Contract & Related Addendums | Waterfront Towing |
| | | Contract Right | 3510 Monongahela Blvd |
| | **State the term remaining** | 2 Years, 1 Months | Morgantown, WV 26505 |
| | **List the contract number of any government contract** | | |

Debtor    U-Haul Co. of West Virginia _____    Case number *(if known)*_____
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.13**
State what the contract or lease is for and the nature of the debtor's interest — Dealer Contract & Related Addendums / Contract Right
State the term remaining — 2 Years, 4 Months
List the contract number of any government contract

Centre Commercial Services
138 Roush Cir
Fairmont, WV 26554

**2.14**
State what the contract or lease is for and the nature of the debtor's interest — Dealer Contract & Related Addendums / Contract Right
State the term remaining — 1 Year, 5 Months
List the contract number of any government contract

A P Self Storage
409 Hopewell Rd
Fairmont, WV 26554

**2.15**
State what the contract or lease is for and the nature of the debtor's interest — Dealer Contract & Related Addendums / Contract Right
State the term remaining — 1 Year, 9 Months
List the contract number of any government contract

P&H Family Pizza
321 Pullman Dr
Pennsboro, WV 26415

**2.16**
State what the contract or lease is for and the nature of the debtor's interest — Dealer Contract & Related Addendums / Contract Right
State the term remaining — 2 Years, 1 Months
List the contract number of any government contract

Worldwide Liquidators
8005 US Rte 60
Ashland, KY 41102

**2.17**
State what the contract or lease is for and the nature of the debtor's interest — Dealer Contract & Related Addendums / Contract Right
State the term remaining — 1 Year, 3 Months
List the contract number of any government contract

GES Used Cars
1704 Pennsylvania Ave
Fairmont, WV 26554

**2.18**
State what the contract or lease is for and the nature of the debtor's interest — Dealer Contract & Related Addendums / Contract Right
State the term remaining — 1 Year, 2 Months
List the contract number of any government contract

Hurricane Auto Repair
2354 US Hwy 60
Culloden, WV 25510

**2.19**
State what the contract or lease is for and the nature of the debtor's interest — Dealer Contract & Related Addendums / Contract Right
State the term remaining — 2 Years, 2 Months
List the contract number of any government contract

Rhino Self Storage
316 Putnam Village Dr
Hurricane, WV 25526

| Debtor | U-Haul Co. of West Virginia | Case number *(if known)* |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Contract & Related Addendums | Aarons Sales & Lease |
| | | Contract Right | 735 S College Ave |
| | **State the term remaining** | 2 Years, 9 Months | Bluefield, VA 24605 |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Contract & Related Addendums | Nitro Fireworks & Storage |
| | | Contract Right | 728 1st Ave S |
| | **State the term remaining** | 10 Months | Nitro, WV 25143 |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Contract & Related Addendums | Marshall & Sons Rental & Storage |
| | | Contract Right | 2007 1st Ave |
| | **State the term remaining** | 10 Months | Vienna, WV 26105 |
| | **List the contract number of any government contract** | | |
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Contract & Related Addendums | JP's Service Station |
| | | Contract Right | 401 Main St |
| | **State the term remaining** | 10 Months | West Union, WV 26456 |
| | **List the contract number of any government contract** | | |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Contract & Related Addendums | Aarons Towing & Recovery |
| | | Contract Right | 1010 10th Street |
| | **State the term remaining** | 9 Months | Vienna, WV 26105 |
| | **List the contract number of any government contract** | | |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Contract & Related Addendums | Pawn Plus Guns |
| | | Contract Right | 192 Biggs Ln |
| | **State the term remaining** | 9 Months | South Shore, KY 41175 |
| | **List the contract number of any government contract** | | |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Contract & Related Addendums | A&J Truck & Trailer Services |
| | | Contract Right | 4798 Kanawha Blvd E |
| | **State the term remaining** | 2 Years, 9 Months | Charleston, WV 25306 |
| | **List the contract number of any government contract** | | |

| Debtor | U-Haul Co. of West Virginia | Case number *(if known)* |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.27**
State what the contract or lease is for and the nature of the debtor's interest

Dealer Contract & Related Addendums
Contract Right

State the term remaining
1 Year, 9 Months

List the contract number of any government contract

Mr Rogers Self Storage
800 Piedmont Rd
Charleston, WV 25301

---

**2.28**
State what the contract or lease is for and the nature of the debtor's interest

Dealer Contract & Related Addendums
Contract Right

State the term remaining
7 Months

List the contract number of any government contract

Stans Car Wash & Detail Shop
510 Washington Ave
Huntington, WV 25701

---

**2.29**
State what the contract or lease is for and the nature of the debtor's interest

Dealer Contract & Related Addendums
Contract Right

State the term remaining
2 Years, 7 Months

List the contract number of any government contract

Cupps Auto
201 Wilson St
Martinsburg, WV 25401

---

**2.30**
State what the contract or lease is for and the nature of the debtor's interest

Dealer Contract & Related Addendums
Contract Right

State the term remaining
2 Months

List the contract number of any government contract

Global Preowned Auto Sales
736 Williamsport Pike
Martinsburg, WV 25404

---

**2.31**
State what the contract or lease is for and the nature of the debtor's interest

Dealer Contract & Related Addendums
Contract Right

State the term remaining
2 Years, 2 Months

List the contract number of any government contract

Turf Classic Auto Sales
777 E Washington St
Charles Town, WV 25414

---

**2.32**
State what the contract or lease is for and the nature of the debtor's interest

Dealer Contract & Related Addendums
Contract Right

State the term remaining
2 Years, 5 Months

List the contract number of any government contract

ZZ Auto Service Center & Storage
874 Cheshire Rd
Bunker Hill, WV 25413

---

**2.33**
State what the contract or lease is for and the nature of the debtor's interest

Dealer Contract & Related Addendums
Contract Right

State the term remaining
4 Months

List the contract number of any government contract

Interstate Mini Storage
4105 Gerrardstown Rd
Inwood, WV 25428

---

Debtor  U-Haul Co. of West Virginia
_____
Name

Case number *(if known)*_____

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.34**
State what the contract or lease is for and the nature of the debtor's interest
Dealer Contract & Related Addendums
Contract Right

State the term remaining
1 Year, 3 Months

List the contract number of any government contract

Foodway Supermarket
3507 Mission Rd
Harpers Ferry, WV 25425

---

**2.35**
State what the contract or lease is for and the nature of the debtor's interest
Dealer Contract & Related Addendums
Contract Right

State the term remaining
1 Year, 2 Months

List the contract number of any government contract

Tireville
835 E Washington St
Charles Town, WV 25414

---

**2.36**
State what the contract or lease is for and the nature of the debtor's interest
Dealer Contract & Related Addendums
Contract Right

State the term remaining
1 Year, 5 Months

List the contract number of any government contract

Liberty View Quild Shop
2886 Northwestern Pike
Capon Bridge, WV 26711

---

**2.37**
State what the contract or lease is for and the nature of the debtor's interest
Dealer Contract & Related Addendums
Contract Right

State the term remaining
4 Months

List the contract number of any government contract

Dawsons Ace Home Center
99 Business Park Cir
Berkeley Springs, WV 25411

---

**2.38**
State what the contract or lease is for and the nature of the debtor's interest
Dealer Contract & Related Addendums
Contract Right

State the term remaining
6 Months

List the contract number of any government contract

Auto Depot of Charles Town
3557 Berryville Pike
Charles Town, WV 25414

---

**2.39**
State what the contract or lease is for and the nature of the debtor's interest
Dealer Contract & Related Addendums
Contract Right

State the term remaining
2 Years, 2 Months

List the contract number of any government contract

Robinson Motorcars of Hedgesville
7475 Hedgesville Rd
Hedgesville, WV 25427

---

**2.40**
State what the contract or lease is for and the nature of the debtor's interest
Dealer Contract & Related Addendums
Contract Right

State the term remaining
11 Months

List the contract number of any government contract

Family Store
9600 Winchester Ave
Bunker Hill, WV 25413

Debtor  U-Haul Co. of West Virginia
_____
Name

Case number *(if known)* _____

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | Robinson Motorcars |
| | | Contract Right | 454 Middleway Pike |
| | State the term remaining | 10 Months | Inwood, WV 25428 |
| | List the contract number of any government contract | | |

| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | PS Mini Storage |
| | | Contract Right | 854 Hedgesville Rd |
| | State the term remaining | 1 Year, 2 Months | Martinsburg, WV 25401 |
| | List the contract number of any government contract | | |

| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | Fast and Friendly Auto Repair and Towing Services, LLC |
| | | Contract Right | 726 Middleway Pike |
| | State the term remaining | 2 Years, 5 Months | Inwood, WV 25428 |
| | List the contract number of any government contract | | |

| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | Family Auto Center |
| | | Contract Right | 10925 Valley Rd |
| | State the term remaining | 2 Years, 0 Months | Berkeley Springs, WV 25411 |
| | List the contract number of any government contract | | |

| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | Noble Preowned Auto Sales |
| | | Contract Right | 2518C Williamsport Pike |
| | State the term remaining | 1 Year, 7 Months | Martinsburg, WV 25404 |
| | List the contract number of any government contract | | |

| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | Browns Tire Towing and Auto, Inc. |
| | | Contract Right | 7735 Martinsburg Pike |
| | State the term remaining | 4 Months | Shepherdstown, WV 25443 |
| | List the contract number of any government contract | | |

| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | Willowbrook Outfitters |
| | | Contract Right | 327 Winfrey Ln Rte 460 |
| | State the term remaining | 3 Months | Princeton, WV 24739 |
| | List the contract number of any government contract | | |

| Debtor | U-Haul Co. of West Virginia | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Contract & Related Addendums | Altizer Tire |
|---|---|---|---|
| | | Contract Right | 2111 3rd St |
| | | | Richlands, VA 24641 |
| | **State the term remaining** | 1 Year, 10 Months | |
| | **List the contract number of any government contract** | | |

| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Contract & Related Addendums | Sandys Service Station & Storage |
|---|---|---|---|
| | | Contract Right | 5419 Virginia Ave |
| | | | Pembroke, VA 24136 |
| | **State the term remaining** | 8 Months | |
| | **List the contract number of any government contract** | | |

| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Contract & Related Addendums | Larrys Service Station |
|---|---|---|---|
| | | Contract Right | 913 N 13th St |
| | | | Clarksburg, WV 26301 |
| | **State the term remaining** | 7 Months | |
| | **List the contract number of any government contract** | | |

| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Contract & Related Addendums | Kings Budget Services LLC |
|---|---|---|---|
| | | Contract Right | 285 Don Knotts Blvd |
| | | | Morgantown, WV 26501 |
| | **State the term remaining** | 1 Year, 6 Months | |
| | **List the contract number of any government contract** | | |

| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Contract & Related Addendums | Mo's Mini Warehousing |
|---|---|---|---|
| | | Contract Right | 2351 Garfield Ave |
| | | | Parkersburg, WV 26101 |
| | **State the term remaining** | 4 Months | |
| | **List the contract number of any government contract** | | |

| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Contract & Related Addendums | Tygart Marine & Recreation |
|---|---|---|---|
| | | Contract Right | 1111 N Pike St |
| | | | Grafton, WV 26354 |
| | **State the term remaining** | 8 Months | |
| | **List the contract number of any government contract** | | |

| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Contract & Related Addendums | Convenient Storage |
|---|---|---|---|
| | | Contract Right | 3811 Hwy 2565 |
| | | | Louisa, KY 41230 |
| | **State the term remaining** | 1 Year, 7 Months | |
| | **List the contract number of any government contract** | | |

Debtor    U-Haul Co. of West Virginia
_____
          Name                                                    Case number *(if known)*_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | B&W Trailer Park Brians Custom Exhaust |
|---|---|---|---|
| | | Contract Right | 1062 Mercer Mall Rd |
| | | | Bluefield, WV 24701 |
| | State the term remaining | 2 Years, 7 Months | |
| | List the contract number of any government contract | | |

| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | DC's General Store |
|---|---|---|---|
| | | Contract Right | 75 E Main St |
| | | | Lost Creek, WV 26385 |
| | State the term remaining | 4 Months | |
| | List the contract number of any government contract | | |

| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | Western Auto |
|---|---|---|---|
| | | Contract Right | 32 Main St |
| | | | Rainelle, WV 25962 |
| | State the term remaining | 10 Months | |
| | List the contract number of any government contract | | |

| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | Ambassador Auto |
|---|---|---|---|
| | | Contract Right | 115 Blue Angel Ln |
| | | | Beaver, WV 25813 |
| | State the term remaining | 1 Year, 5 Months | |
| | List the contract number of any government contract | | |

| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | Midway Storage |
|---|---|---|---|
| | | Contract Right | 195 Little Beaver Rd |
| | | | Calvin, WV 26660 |
| | State the term remaining | 2 Years, 10 Months | |
| | List the contract number of any government contract | | |

| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | JC's Hardware LLC |
|---|---|---|---|
| | | Contract Right | 3800 Appalachian Hwy |
| | | | Rock View, WV 24880 |
| | State the term remaining | 2 Years, 7 Months | |
| | List the contract number of any government contract | | |

| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | Par Mar Stores |
|---|---|---|---|
| | | Contract Right | 100 Violet Dr |
| | | | Ravenswood, WV 26164 |
| | State the term remaining | 2 Years, 11 Months | |
| | List the contract number of any government contract | | |

Debtor   U-Haul Co. of West Virginia
_____
Name

Case number (if known)_____

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.62** State what the contract or lease is for and the nature of the debtor's interest — Dealer Contract & Related Addendums / Contract Right; State the term remaining — 2 Years, 3 Months; List the contract number of any government contract | Affordable Self Storage<br>251 1st Ave S<br>Nitro, WV 25143 |
| **2.63** State what the contract or lease is for and the nature of the debtor's interest — Dealer Contract & Related Addendums / Contract Right; State the term remaining — 9 Months; List the contract number of any government contract | Kidwell Auto Parts Inc<br>413 1st St<br>Parsons, WV 26287 |
| **2.64** State what the contract or lease is for and the nature of the debtor's interest — Dealer Contract & Related Addendums / Contract Right; State the term remaining — 1 Year, 2 Months; List the contract number of any government contract | Willys Hot Shot<br>1024 Grafton Rd<br>Morgantown, WV 26508 |
| **2.65** State what the contract or lease is for and the nature of the debtor's interest — Dealer Contract & Related Addendums / Contract Right; State the term remaining — 10 Months; List the contract number of any government contract | Frontline Total Auto Care<br>100 S Walker St<br>Princeton, WV 24740 |
| **2.66** State what the contract or lease is for and the nature of the debtor's interest — Dealer Contract & Related Addendums / Contract Right; State the term remaining — 2 Years, 8 Months; List the contract number of any government contract | South Hill Storage<br>81 S Hill Plaza Dr<br>Ripley, WV 25271 |
| **2.67** State what the contract or lease is for and the nature of the debtor's interest — Dealer Contract & Related Addendums / Contract Right; State the term remaining — 2 Months; List the contract number of any government contract | Racen Preowned Auto Sales<br>53 N Locust St<br>Buckhannon, WV 26201 |
| **2.68** State what the contract or lease is for and the nature of the debtor's interest — Dealer Contract & Related Addendums / Contract Right; State the term remaining — 2 Years, 4 Months; List the contract number of any government contract | Ralphs Country Store<br>Rte 250 S<br>Philippi, WV 26416 |

| Debtor | U-Haul Co. of West Virginia | Case number *(if known)* | |
|--------|------------------------------|--------------------------|--|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.69**

State what the contract or lease is for and the nature of the debtor's interest — Dealer Contract & Related Addendums / Contract Right

State the term remaining — 1 Year, 6 Months

List the contract number of any government contract

New River Taxi
3058 Harper Rd
Beckley, WV 25801

**2.70**

State what the contract or lease is for and the nature of the debtor's interest — Dealer Contract & Related Addendums / Contract Right

State the term remaining — 1 Year, 1 Months

List the contract number of any government contract

BC Tool Rental
1014 S 2nd St
Ironton, OH 45638

**2.71**

State what the contract or lease is for and the nature of the debtor's interest — Dealer Contract & Related Addendums / Contract Right

State the term remaining — 7 Months

List the contract number of any government contract

A1 Automotive Services
299 Virginia St
New Martinsville, WV 26155

**2.72**

State what the contract or lease is for and the nature of the debtor's interest — Dealer Contract & Related Addendums / Contract Right

State the term remaining — 1 Year, 10 Months

List the contract number of any government contract

Exit 1 Storage LLC
445 Hornbeck Rd
Morgantown, WV 26508

**2.73**

State what the contract or lease is for and the nature of the debtor's interest — Dealer Contract & Related Addendums / Contract Right

State the term remaining — 7 Months

List the contract number of any government contract

Coal Grove Pharmacy
600 Marion Pike
Coal Grove, OH 45638

**2.74**

State what the contract or lease is for and the nature of the debtor's interest — Dealer Contract & Related Addendums / Contract Right

State the term remaining — 1 Year, 7 Months

List the contract number of any government contract

Mefcor Inc
33049 Gov G C Peery Hwy
North Tazewell, VA 24630

**2.75**

State what the contract or lease is for and the nature of the debtor's interest — Dealer Contract & Related Addendums / Contract Right

State the term remaining — 2 Years, 10 Months

List the contract number of any government contract

Elkins Truck Service Inc
38 11th St
Elkins, WV 26241

| Debtor | U-Haul Co. of West Virginia | Case number *(if known)* |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.76** | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums<br>Contract Right | Kidwell Auto Parts<br>16053 Applachian Hwy<br>Thomas, WV 26292 |
| | State the term remaining | 9 Months | |
| | List the contract number of any government contract | | |
| **2.77** | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums<br>Contract Right | Petersburg Electronics<br>436 Keyser Ave<br>Petersburg, WV 26847 |
| | State the term remaining | 1 Year, 0 Months | |
| | List the contract number of any government contract | | |
| **2.78** | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums<br>Contract Right | Mountain State Tire<br>315 Main St<br>Chapmanville, WV 25508 |
| | State the term remaining | 1 Months | |
| | List the contract number of any government contract | | |
| **2.79** | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums<br>Contract Right | Jowar Feed & Supply<br>202 Coal Heritage Rd<br>Iaeger, WV 24844 |
| | State the term remaining | 2 Months | |
| | List the contract number of any government contract | | |
| **2.80** | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums<br>Contract Right | Par Mar Oil Company Store 37<br>3211 Washington Blvd<br>Huntington, WV 25705 |
| | State the term remaining | 2 Years, 11 Months | |
| | List the contract number of any government contract | | |
| **2.81** | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums<br>Contract Right | All Seasons Self Storage<br>5148 Elk River Rd N<br>Elkview, WV 25071 |
| | State the term remaining | 5 Months | |
| | List the contract number of any government contract | | |
| **2.82** | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums<br>Contract Right | Princeton Storage<br>401 S Wickham Ave<br>Princeton, WV 24740 |
| | State the term remaining | 2 Years, 4 Months | |
| | List the contract number of any government contract | | |

| Debtor | U-Haul Co. of West Virginia | Case number *(if known)* |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** Dealer Contract & Related Addendums / Contract Right **State the term remaining** 2 Years, 2 Months **List the contract number of any government contract** | Capitol Mini Storage 4931 Robert C Byrd Dr Prosperity, WV 25909 |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** Dealer Contract & Related Addendums / Contract Right **State the term remaining** 2 Years, 2 Months **List the contract number of any government contract** | VB Mart 403 Old Virginia Ave Rich Creek, VA 24147 |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** Dealer Contract & Related Addendums / Contract Right **State the term remaining** 1 Year, 4 Months **List the contract number of any government contract** | RW Light & Sons 2841 Virginia Ave Narrows, VA 24124 |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** Dealer Contract & Related Addendums / Contract Right **State the term remaining** 1 Year, 1 Months **List the contract number of any government contract** | A&H Storage 5779 Spruce River Rd Danville, WV 25053 |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** Dealer Contract & Related Addendums / Contract Right **State the term remaining** 2 Years, 3 Months **List the contract number of any government contract** | Peaslees Service Center 16548 Veterans Memorial Hwy Kingwood, WV 26537 |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** Dealer Contract & Related Addendums / Contract Right **State the term remaining** 1 Year, 11 Months **List the contract number of any government contract** | Geralds Auto 1220 E Main St Oak Hill, WV 25901 |
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** Dealer Contract & Related Addendums / Contract Right **State the term remaining** 1 Year, 2 Months **List the contract number of any government contract** | Mountaineer Mini Storage 1189 Ritter Dr Daniels, WV 25832 |

| Debtor | U-Haul Co. of West Virginia | Case number *(if known)* |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | Triangle Auto Sales |
|---|---|---|---|
| | | Contract Right | 230 Pleasant St |
| | | | Hinton, WV 25951 |
| | State the term remaining | 2 Years, 4 Months | |
| | List the contract number of any government contract | | |

| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | Ona Used Auto Sales |
|---|---|---|---|
| | | Contract Right | 3215 US Rte 60 E |
| | | | Ona, WV 25545 |
| | State the term remaining | 8 Months | |
| | List the contract number of any government contract | | |

| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | Westover Exxon |
|---|---|---|---|
| | | Contract Right | 301 Holland Ave |
| | | | Westover, WV 26501 |
| | State the term remaining | 2 Years, 3 Months | |
| | List the contract number of any government contract | | |

| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | Rogers Custom Paint & Body |
|---|---|---|---|
| | | Contract Right | 543 Burlington Rd |
| | | | Huntington, WV 25704 |
| | State the term remaining | 1 Year, 7 Months | |
| | List the contract number of any government contract | | |

| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | Reedy Grocery |
|---|---|---|---|
| | | Contract Right | 22 Main St |
| | | | Reedy, WV 25270 |
| | State the term remaining | 1 Year, 9 Months | |
| | List the contract number of any government contract | | |

| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | Baisden Brothers Inc |
|---|---|---|---|
| | | Contract Right | 340 Riverview Ave |
| | | | Logan, WV 25601 |
| | State the term remaining | 1 Year, 1 Months | |
| | List the contract number of any government contract | | |

| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | Deerwood Service Center |
|---|---|---|---|
| | | Contract Right | 24528 George Washington Hwy |
| | | | Aurora, WV 26705 |
| | State the term remaining | 1 Year, 3 Months | |
| | List the contract number of any government contract | | |

| Debtor | U-Haul Co. of West Virginia | Case number *(if known)* | |
|--------|------------------------------|------|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.97**
State what the contract or lease is for and the nature of the debtor's interest — Dealer Contract & Related Addendums / Contract Right
State the term remaining — 1 Months
List the contract number of any government contract

The Battery Terminal
3836 Winchester Ave
Ashland, KY 41101

**2.98**
State what the contract or lease is for and the nature of the debtor's interest — Dealer Contract & Related Addendums / Contract Right
State the term remaining — 1 Year, 8 Months
List the contract number of any government contract

The Carpet and Floor Store
50 Stonewall Dr
Summersville, WV 26651

**2.99**
State what the contract or lease is for and the nature of the debtor's interest — Dealer Contract & Related Addendums / Contract Right
State the term remaining — 1 Year, 2 Months
List the contract number of any government contract

BRI Storage
61 Ontario Rd
Cross Lanes, WV 25313

**2.100**
State what the contract or lease is for and the nature of the debtor's interest — Dealer Contract & Related Addendums / Contract Right
State the term remaining — 1 Year, 6 Months
List the contract number of any government contract

Store It
3450 Winfield Rd
Winfield, WV 25213

**2.101**
State what the contract or lease is for and the nature of the debtor's interest — Dealer Contract & Related Addendums / Contract Right
State the term remaining — 2 Months
List the contract number of any government contract

Remarkable Resources LLC
1645 Speedway Ave
Fairmont, WV 26554

**2.102**
State what the contract or lease is for and the nature of the debtor's interest — Dealer Contract & Related Addendums / Contract Right
State the term remaining — 8 Months
List the contract number of any government contract

BRI Storage
6240 Maccorkle Ave
Saint Albans, WV 25177

**2.103**
State what the contract or lease is for and the nature of the debtor's interest — Dealer Contract & Related Addendums / Contract Right
State the term remaining — 2 Years, 8 Months
List the contract number of any government contract

South Point Storage
518 Solida Rd
South Point, OH 45680

Debtor   U-Haul Co. of West Virginia
_____
Name

Case number *(if known)* _____

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | Jarvis Hardware |
|---|---|---|---|
| | | Contract Right | 1214 2nd Ave |
| | | | Montgomery, WV 25136 |
| | State the term remaining | 1 Year, 1 Months | |
| | List the contract number of any government contract | | |

| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | Your Stores |
|---|---|---|---|
| | | Contract Right | 185 Temple Cir |
| | | | Sistersville, WV 26175 |
| | State the term remaining | 10 Months | |
| | List the contract number of any government contract | | |

| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | Cheat Lake Storage LLC |
|---|---|---|---|
| | | Contract Right | 858 Tyrone Rd |
| | | | Morgantown, WV 26508 |
| | State the term remaining | 1 Year, 7 Months | |
| | List the contract number of any government contract | | |

| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | Richard Self Storage |
|---|---|---|---|
| | | Contract Right | 3498 Earl L Core Rd |
| | | | Morgantown, WV 26508 |
| | State the term remaining | 1 Year, 0 Months | |
| | List the contract number of any government contract | | |

| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | Buckeye Country Mart LLC |
|---|---|---|---|
| | | Contract Right | Buckeye Country Mart LLC 219 S Buckeye |
| | | | Buckeye, WV 24924 |
| | State the term remaining | 2 Months | |
| | List the contract number of any government contract | | |

| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | Rodgers Fairlea Equipment |
|---|---|---|---|
| | | Contract Right | 9244 Seneca Trail Fairlea |
| | | | Ronceverte, WV 24970 |
| | State the term remaining | 2 Years, 10 Months | |
| | List the contract number of any government contract | | |

| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Contract & Related Addendums | Feamster Auto Parts |
|---|---|---|---|
| | | Contract Right | 2486 Alta Dr |
| | | | Alderson, WV 24910 |
| | State the term remaining | 1 Year, 0 Months | |
| | List the contract number of any government contract | | |

Debtor  U-Haul Co. of West Virginia                                    Case number *(if known)*_____
        <u>Name</u>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** — Dealer Contract & Related Addendums / Contract Right | Asap auto & storage |
| | | 2486 Alta Dr |
| | **State the term remaining** — 7 Months | 112 16th Street |
| | **List the contract number of any government contract** | Wheeling, WV 26003 |

| | | |
|---|---|---|
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** — Dealer Contract & Related Addendums / Contract Right | Middle creek garage & self storage |
| | | 3949 National Rd. |
| | **State the term remaining** — 2 Months | Triadelphia, WV 26059 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** — Dealer Contract & Related Addendums / Contract Right | PR Rentals & Storage |
| | | 1321 Commerce St. |
| | **State the term remaining** — 2 Years, 7 Months | Wellsburg, WV 26070 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** — Dealer Contract & Related Addendums / Contract Right | Atlantic Oil Company |
| | | 52 Mountaineer Dr |
| | **State the term remaining** — 8 Months | Franklin, WV 26807 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** — Dealer Contract & Related Addendums / Contract Right | Weirton tire and auto |
| | | 2408 Penna Ave. |
| | **State the term remaining** — 2 Years, 11 Months | Weirton, WV 26062 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** — Dealer Contract & Related Addendums / Contract Right | Jays Automotive, LLC |
| | | 321 N Mildred St |
| | **State the term remaining** — 2 Years, 11 Months | Ranson, WV 25438 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** — Dealer Contract & Related Addendums / Contract Right | Duba Enterprises Inc |
| | | 304 Fairview Addition Rd |
| | **State the term remaining** — 2 Years, 11 Months | Williamson, WV 25661 |
| | **List the contract number of any government contract** | |

| Debtor | U-Haul Co. of West Virginia | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Contract & Related Addendums | Fort Ashby Camper Sales |
| | | Contract Right | 8623 Frankfort Hwy |
| | | | RansFort Ashby, WV 26719 on, WV 25438 |
| | **State the term remaining** | 2 Years, 11 Months | |
| | **List the contract number of any government contract** | | |
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Contract & Related Addendums | West Virginia Self Storage & Outdoor Power |
| | | Contract Right | 580 S Mineral St |
| | | | Keyser, WV 26726 |
| | **State the term remaining** | 2 Years, 11 Months | |
| | **List the contract number of any government contract** | | |
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Contract & Related Addendums | Putnam Elite Storage |
| | | Contract Right | 3979-R Teays Valley Rd |
| | | | Hurricane, WV 25526 |
| | **State the term remaining** | 2 Years, 11 Months | |
| | **List the contract number of any government contract** | | |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Contract & Related Addendums | Daves Service |
| | | Contract Right | 495 N High St |
| | | | Romney, WV 26757 |
| | **State the term remaining** | 2 Years, 11 Months | |
| | **List the contract number of any government contract** | | |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Contract & Related Addendums | Park Systems Inc |
| | | Contract Right | 3501 MacCorkle Ave SE |
| | | | Kanawha City, WV 25304 |
| | **State the term remaining** | 2 Years, 11 Months | |
| | **List the contract number of any government contract** | | |
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Contract & Related Addendums | Riders Unocal 76 |
| | | Contract Right | 413 Bridge St |
| | | | Huntington, WV 25702 |
| | **State the term remaining** | 2 Years, 11 Months | |
| | **List the contract number of any government contract** | | |
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | Rental Company Contract | U-Haul International, Inc. |
| | | Contract Right | 2727 N. Central Ave. |
| | | | Phoenix, AZ  85004 |
| | **State the term remaining** | Indefinite | |
| | **List the contract number of any government contract** | | |

Debtor    U-Haul Co. of West Virginia
_____
    Name

Case number (*if known*)_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | Lease for premises at 176 Ragland Road Beckley<br>Lessee | 176 Ragland EAT, LLC<br>2727 N. Central Ave.<br>Phoenix, AZ  85004 |
| | State the term remaining | 30 days (MTM lease) | |
| | List the contract number of any government contract | | |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | Property Management Agreement for 1119 Anmoore Road<br>Property Manager | UHIL 1, LLC<br>2727 N. Central Ave.<br>Phoenix, AZ  85004 |
| | State the term remaining | 15 Years, 9 Months | |
| | List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | Property Management Agreement for 1420 Blizzard Drive<br>Property Manager | UHIL 12, LLC<br>2727 N. Central Ave.<br>Phoenix, AZ  85004 |
| | State the term remaining | 16 Years, 9 Months | |
| | List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | Property Management Agreement for 731 Beverly Pike<br>Property Manager | UHIL33, LLC<br>2727 N. Central Ave.<br>Phoenix, AZ  85004 |
| | State the term remaining | 22 Years, 9 Months | |
| | List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | Property Management Agreement for 1701 4th Avenue West<br>Property Manager | UHIL 34, LLC<br>2727 N. Central Ave.<br>Phoenix, AZ  85004 |
| | State the term remaining | 7 Years, 9 Months | |
| | List the contract number of any government contract | | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | Property Management Agreement for 6114 Mac Corkle Ave.<br>Property Manager | UHIL 38, LLC<br>2727 N. Central Ave.<br>Phoenix, AZ  85004 |
| | State the term remaining | 23 Years, 3 Months | |
| | List the contract number of any government contract | | |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | Lease for multiple premises<br>Lessee | Amerco Real Estate Company<br>2727 N. Central Ave.<br>Phoenix, AZ  85004 |
| | State the term remaining | 30 days (MTM lease) | |
| | List the contract number of any government contract | | |

| Debtor | U-Haul Co. of West Virginia | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.132**
State what the contract or lease is for and the nature of the debtor's interest — Lease for premises at 825 Hal Greer Blvd
Lessee

State the term remaining — 4 Years, 1 Month

List the contract number of any government contract

John Sears
1221 Fourth Avenue
Huntington, WV 25701

**2.133**
State what the contract or lease is for and the nature of the debtor's interest — Examination & Lubrication Agreement
Purchaser of Services

State the term remaining — 9 Months

List the contract number of any government contract

DC Elevator Company
521 Slack Street, Suite B
Charleston, WV 25301

**2.134**
State what the contract or lease is for and the nature of the debtor's interest — Electrical Services
Purchaser of Services

State the term remaining — 2 Years, 7 Months

List the contract number of any government contract

Appalachian Power Company
PO Box 24401
Canton, OH 44701

**2.135**
State what the contract or lease is for and the nature of the debtor's interest — Landscaping Services
Purchaser of Services

State the term remaining — 10 Months

List the contract number of any government contract

Terra Flora Landscaping, Inc.
300 Ward Ave, PO Box 122
Elkins, WV 26241

**2.136**
State what the contract or lease is for and the nature of the debtor's interest — Common Interest and
Confidentiality Agreement

State the term remaining — Indefinite

List the contract number of any government contract

U-Haul International, Inc.
2727 N. Central Ave.
Phoenix, AZ 85004

**2.137**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.138**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name ___U-Haul Co. of West Virginia_____

United States Bankruptcy Court for the: ___Southern_____ District of __West Virginia__
                                                                        (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 206H

## Schedule H: Codebtors                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 _____ | _____<br>Street<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | _____<br>Street<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____<br>Street<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____<br>Street<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | _____<br>Street<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | _____<br>Street<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

---

**Fill in this information to identify the case:**

Debtor name __U-Haul Co. of West Virginia__

United States Bankruptcy Court for the: __Southern__   District of __West Virginia__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue
Check all that apply | Gross revenue
(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 04/01/2021
MM / DD / YYYY | to   Filing date | ☑ Operating a business
☐ Other _____ | $ 1,276,674 |
| **For prior year:** | From 04/01/2020
MM / DD / YYYY | to 03/31/2021
MM / DD / YYYY | ☑ Operating a business
☐ Other _____ | $ 5,942,660 |
| **For the year before that:** | From 04/01/2019
MM / DD / YYYY | to 03/31/2020
MM / DD / YYYY | ☑ Operating a business
☐ Other _____ | $ 5,184,614 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source
(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____
MM / DD / YYYY | to   Filing date | _____ | $ _____ |
| **For prior year:** | From _____
MM / DD / YYYY | to _____
MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____
MM / DD / YYYY | to _____
MM / DD / YYYY | _____ | $ _____ |

Debtor    U-Haul Co. of West Virginia
_____     Case number *(if known)*_____
          Name

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See attached Exhibit 207 2.3<br>Creditor's name<br><br>Street<br><br>City          State     ZIP Code | _____<br><br>_____<br><br>_____ | $ 951,872.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | <br>Creditor's name<br><br>Street<br><br>City          State     ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Mark L. Arnold<br>Insider's name<br>2270 MAIN DR<br>Street<br><br>ST ALBANS    WV    25177<br>City          State     ZIP Code<br><br>**Relationship to debtor**<br>Director / President | Multiple | $ 17,950.61 | _____<br><br>_____<br><br>_____<br><br>_____ |
| 4.2. | <br>Insider's name<br><br>Street<br><br>City          State     ZIP Code<br><br>**Relationship to debtor** | _____<br><br>_____<br><br>_____ | $_____ | _____<br><br>_____<br><br>_____<br><br>_____ |

Debtor   U-Haul Co. of West Virginia _____ Case number *(if known)* _____
            Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | |
| | Creditor's name | | _____ | $ _____ |
| | Street | | | |
| | City          State          ZIP Code | | | |
| 5.2. | | | | $ _____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $ _____ |
| Street | | | |
| City          State          ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Ferrell, et al. v. U-Haul Co. of West Virginia | Class action civil lawsuit | Circuit Court of Kanawha County West Virginia<br>Name<br>111 Court Street<br>Street<br>Charleston     WV     25301<br>City     State     ZIP Code | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>11-C-1426 | | | |
| 7.2. | **Case title**<br>Evans, et al vs. Williams, et al | Civil lawsuit | **Court or agency's name and address**<br>Commonwealth of Kentucky Boyd Circuit Court<br>Name<br>2800 Louisa St.<br>Street<br>P.O. Box 688<br>Catlettsburg     KY     41129<br>City     State     ZIP Code | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>20-CI-00419 | | | |

---

Debtor      U-Haul Co. of West Virginia _____    Case number *(if known)*_____
　　　　　　 Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $ _____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | _____ | Name |
| _____ | **Case number** | Street |
| City　　　State　　ZIP Code | _____ | City　　　State　　ZIP Code |
| | **Date of order or assignment** | |
| | _____ | |

## Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | _____ | _____ | $ _____ |
| Street | | | |
| City　　　State　　ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. Recipient's name | | | $ _____ |
| Street | | | |
| City　　　State　　ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $ _____ |

Debtor    U-Haul Co. of West Virginia
_____
Name

Case number *(if known)*_____

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Flaherty, Sensabaugh, Bonasso PLLC | | 5/28/21 | $ 50,000 |
| | **Address** | | 7/15/20 | $10,000 |
| | 200 Capitol Street | | | |
| | Street | | | |
| | Charleston    WV    25301 | | | |
| | City    State    ZIP Code | | | |
| | **Email or website address** | | | |
| | jlane@flahertylegal.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Brown Edwards | | 6/7/21 | $ 10,000 |
| | **Address** | | | |
| | 300 Chase Tower | | | |
| | Street | | | |
| | 707 Virginia Street East | | | |
| | Charleston    WV    25301 | | | |
| | City    State    ZIP Code | | | |
| | **Email or website address** | | | |
| | https://becpas.com/ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $_____ |
| | **Trustee** | | | |
| | | | | |

Debtor    U-Haul Co. of West Virginia_____    Case number *(if known)*_____
                    Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ Street | | | |
| | _____ | | | |
| | _____ City           State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ | | | |
| | _____ City           State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ Street | From _____ To _____ |
| | _____ | |
| | _____ City                State      ZIP Code | |
| 14.2. | _____ Street | From _____ To _____ |
| | _____ | |
| | _____ City                State      ZIP Code | |

Debtor    U-Haul Co. of West Virginia _____    Case number (if known)_____
_____
Name

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City          State          ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City          State          ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained. _____

  Does the debtor have a privacy policy about that information?

  ☐ No
  ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

  ☐ No. Go to Part 10.
  ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN:  ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

  Has the plan been terminated?

  ☐ No
  ☐ Yes

| Debtor | U-Haul Co. of West Virginia | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br><br>**Address**<br>_____<br>_____ | _____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br><br>**Address**<br>_____<br>_____ | _____<br>_____ | ☐ No<br>☐ Yes |

Debtor  U-Haul Co. of West Virginia _____    Case number *(if known)* _____
              Name

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| U-Haul Leasing & Sales Co.<br>Name<br>1325 Airmotive Way, Suite 100<br>Street<br>Reno          NV          89502<br>City          State          ZIP Code | Debtor's Rental Centers and Independent Dealers | All U-Haul trailers, trucks, tow dollies, and hand-wheels | $ Unknown |
| U-Haul Co. of Arizona<br>Name<br>2727 N. Central Avenue<br>Street<br>Phoenix          AZ          85004<br>City          State          Zip Code | Debtor's Rental Centers and Independent Dealers | All U-Box Containers | $ Unknown |

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Debtor    U-Haul Co. of West Virginia
        Name

Case number *(if known)*_____

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City   State   ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____ To _____ |
| 25.2. | Name<br>Street<br>City   State   ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____ To _____ |
| 25.3. | Name<br>Street<br>City   State   ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____ To _____ |

---

Debtor  U-Haul Co. of West Virginia
_____  Case number (if known)_____
Name

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  U-Haul International<br>Name<br>2727 N Central Avenue<br>Street<br><br>Phoenix                              AZ              85004<br>City                              State          ZIP Code | From 6/1/2019   To 6/2/2021 |
| 26a.2.  _____<br>Name<br>_____<br>Street<br>_____<br>City                              State          ZIP Code | From _____   To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.  _____<br>Name<br>_____<br>Street<br>_____<br>City                              State          ZIP Code | From _____   To _____ |
| 26b.2.  _____<br>Name<br>_____<br>Street<br>_____<br>City                              State          ZIP Code | From _____   To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  U-Haul International<br>Name<br>2727 N Central Avenue<br>Street<br><br>Phoenix                              AZ              85004<br>City                              State          ZIP Code | _____<br>_____<br>_____ |

---

| Debtor | U-Haul Co. of West Virginia | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____ Name | _____ |
| _____ Street | _____ |
| _____ City                State        ZIP Code | _____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|
| 26d.1. _____ Name |
| _____ Street |
| _____ City                State        ZIP Code |

| Name and address |
|---|
| 26d.2. _____ Name |
| _____ Street |
| _____ City                State        ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| See attached Exhibit 207 13.27 | Multiple | $ 265,453 |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____ Name |
| _____ Street |
| _____ City                State        ZIP Code |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor  U-Haul Co. of West Virginia _____  Case number (*if known*)_____

_____Name_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2.
Name _____

Street _____

City _____  State _____  ZIP Code _____

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

See attached Exhibit 207 13.28 for additional officers and directors

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mark Arnold | 2270 Main Drive Saint Albans, WV 25177 | Director / President | None |
| Charles Hertzler | 2509 Pennsylvania State Route 88 Finleyville, PA 15332 | Director | None |
| Michael Zemba | 1233 Kuhn Road Boiling Springs, PA 17007 | Director | None |
| Laurence J. De Respino | 6220 N. 10th Way Phoenix, AZ 85014 | Secretary | None |
| Jason A. Berg | 15039 N. 14th Avenue Phoenix, AZ 85023 | Treasurer | None |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jeff Bowles | 4758 Ohio River Road, Huntington WV 25702 | Director/President | From 11/16/98 To 11/1/20 |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Mark Arnold | 89,688.54 | 11/02/20 - 6/14/21 | Wages |
| Name | | | |
| 2270 Main Dr | | | |
| Street | | _____ | |
| Saint Albans  WV  25177 | | _____ | |
| City  State  ZIP Code | | _____ | |
| **Relationship to debtor** | | _____ | |
| President | | _____ | |

Debtor   U-Haul Co. of West Virginia                                    Case number (if known)
         _____                                    _____
         Name

| Name and address of recipient | | | ESOP Contribution 3.007 Shares | 2020 | Compensation |
|---|---|---|---|---|---|

30.2   Mark Arnold
       Name

       2270 Main Dr
       Street

| Saint Albans | WV | 25177 |
|---|---|---|
| City | State | ZIP Code |

**Relationship to debtor**

President

| ESOP Contribution 3.007 Shares | 2020 |
|---|---|
| ESOP Contribution 3.007 Shares | 2021 |
| Dividends 0.372 Shares | 1/6/20 |
| Dividends 0.396 Shares | 9/21/20 |
| Dividends 1.287 Shares | 12/31/20 |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Amerco | EIN: 8 8 – 0 1 0 6 8 1 5 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06   16   2021
              MM  / DD  / YYYY

✗ _____                    Printed name   Charles Hertzler
  Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Director/Responsible Person

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

**U-Haul Co. of West Virginia**

Exhibit 207 2.3

**Payments or Transfers to Creditors Within 90 Days Before Filing this Case**

| Vendor Name | Vendor Address | Vendor City | Vendor State | Vendor Zip | Dates | Reason for Payment or Transfer | Total Paid 90 Days Prior to Filing |
|---|---|---|---|---|---|---|---|
| West Virginia Department of Taxation | P.O. Box 1826 | Charleston | WV | 25327 | Multiple | Other- Taxes | 243,510.40 |
| Department of the Treasury | Internal Revenue Agency | Ogden | UT | 84201-0030 | Multiple | Other- Taxes | 201,500.01 |
| VICTORY PACKAGING | FILE 50538 | LOS ANGELES | CA | 90074 | Multiple | Suppliers or vendors | 70,358.00 |
| FLAHERTY SENSABAUGH BONASSO PLLC | 200 CAPITOL ST | CHARLESTON | WV | 25301 | Multiple | Services | 50,000.00 |
| AMERIGAS-- | DEPT CH-PO BOX 10525 | PALATINE | IL | 60055-0525 | Multiple | Services | 46,052.97 |
| WEX INC | FLEET SVCS | CAROL STREAM | IL | 60197-6293 | Multiple | Suppliers or vendors | 36,952.75 |
| APPALACHIAN POWER CO | PO BOX 371496 | PITTSBURGH | PA | 15250-7496 | Multiple | Services | 35,662.27 |
| MICHELIN NORTH AMERICA INC 479776 | PO BOX 100860 | ATLANTA | GA | 30384 | Multiple | Suppliers or vendors | 35,641.77 |
| Fidelity Investments Institutional Operations Company LLC | P.O. Box 73307 | Chicago | IL | 60673-7307 | Multiple | Other- Taxes | 26,283.13 |
| MOUNTAINEER GAS COMPANY | PO BOX 580211 | CHARLOTTE | NC | 28258-0211 | Multiple | Services | 22,193.48 |
| State Tax Department, Tax Account Administration Div | P.O. Box 1667 | Charleston | WV | 25326-1667 | Multiple | Other- Taxes | 18,735.00 |
| WEBER CHEVROLET | 12015 OLIVE BLVD | ST LOUIS | MO | 63141-9009 | Multiple | Suppliers or vendors | 16,425.02 |
| PUNDMANN FORD-- | 2727 W CLAY | ST CHARLES | MO | 63301 | Multiple | Suppliers or vendors | 16,192.46 |
| Unemployment Compensation Division Workforce West Virginia | PO Box 106 | Charleston | WV | 25321-0106 | Multiple | Other-- Benefits | 14,658.87 |
| RENT-A-CONTAINER | 225 HALL ST | PHOENIXVILLE | PA | 19460 | Multiple | Suppliers or vendors | 13,529.84 |
| PARTNER ENGINEERING&SCIENCE INC 118 | PO BOX 207428 | DALLAS | TX | 75320-7428 | Multiple | Suppliers or vendors | 13,200.00 |
| FEDEX ERS | PO BOX 371741 | PITTSBURGH | PA | 15250 | Multiple | Suppliers or vendors | 12,999.28 |
| HORIZON GLOBAL AMERICAS | PO BOX 779094 | CHICAGO | IL | 60677-9094 | Multiple | Services | 11,644.43 |
| MON POWER | PO BOX 3615 | AKRON | OH | 44309-3615 | Multiple | Services | 10,986.87 |
| Bureau for Child Support Enforcement | PO Box 247 | Charleston | WV | 25321 | Multiple | Other-- Benefits | 10,359.32 |
| CURT MANUFACTURING INCORPORATE | BOX 88006 | MILWAUKEE | WI | 53288-0006 | Multiple | Suppliers or vendors | 10,303.58 |
| WASTE MANAGEMENT--56085 | PO BOX 13648 | PHILADELPHIA | PA | 19101-3648 | Multiple | Services | 10,123.36 |
| Brown Edwards | 300 Chase Tower 707 Virginia Street East | Charleston | WV | 25301 | Multiple | Services | 10,000.00 |
| NAPA AUTO PARTS- | PO BOX 409043 | ATLANTA | GA | 30384-9043 | Multiple | Suppliers or vendors | 8,247.67 |
| BEST ONE TIRE--509630 | 6607 MACCORKLE AVE SE | CHARLESTON | WV | 25304 | Multiple | Suppliers or vendors | 6,312.04 |
| | | | | | | **Total** | 951,872.52 |

**U-Haul Co. of West Virginia**

Exhibit 207 13.27

## Inventories

| NAME OF CENTER: | Person Surpervising Inventrory | DATE OF PHYSICAL: | Person in possession of inventory records | ADDRESS: | Extended Cost Inventory Dollar Amounts |
|---|---|---|---|---|---|
| U-Haul of fair field 821050 | MCP Mark Arnold | 3/10/2021 | Logan Knight (FRM) | 1528 9TH AVE HUNTINGTON, WV 25701 | $15,867.50 |
| U-Haul of N Charleston 821052 | MCP Mark Arnold | 3/10/2021 | Derrick Burkes (GM) | 1902 7th Ave Charleston, WV 25387 | $35,520.07 |
| U-Haul Moving & Storage of Beckley 821053 | MCP Mark Arnold | 3/10/2021 | Steve Treadway (GM) | 125 Ragland Rd  Beckley, WV 25801 | $25,985.91 |
| U-Haul Moving & Storage of southside 821054 | MCP Mark Arnold | 3/10/2021 | Travis Full (GM) | 1420 Blizzard dr Parkersburg, WV 26101 | $24,972.56 |
| U-Haul Moving & Storage Of Clarksburg 821055 | MCP Mark Arnold | 3/10/2021 | Kyle Lanham (GM) | 1119 Anmoore Rd Bridgeport, WV 26330 | $32,075.00 |
| U-Haul Moving & Storage Of St Albans 821056 | MCP Mark Arnold | 3/10/2021 | Austin Dorsey (GM) | 6012 MacCorkle Ave SW  Saint Albans, WV 25177 | $30,371.97 |
| U-Haul Moving & Storage Of Patrick Street 821071 | MCP Mark Arnold | 3/10/2021 | Stanton Lacy (GM) | 1701  W 4th ave  Charleston, WV 25312 | $16,460.62 |
| St Albans Shop 206000 | MCP  Mark Arnold | 3/27/2021 | Joey Casto | 6114 MacCorkle Ave SW  Saint Albans, WV 25177 | $84,199.52 |
| | | | | Total | $265,453.15 |

**U-Haul Co. of West Virginia**                    **Exhibit 207 13:28**

## Officers and Directors

| Name | Address | Poition and nature of any interest | % of interest, if any |
|------|---------|-----------------------------------|----------------------|
| Wesley Chadwick | 6426 W. Buckskin Trail Phoenix, AZ 85083 | Assistant Secretary | None |
| Stephen R. Winkleman | 352 W El Camino Drive Phoenix, AZ 85021 | Assistant Secretary | None |
| Tobia C. Bridgeman | P.O. Box 18841 Reno, NV 89511 | Assistant Treasurer | None |
| Kevin J. Hart | 9262 Red Spring Drive Reno, NV 89521 | Assistant Treasurer | None |

**Fill in this information to identify the case and this filing:**

Debtor Name ___ U-Haul Co. of West Virginia

United States Bankruptcy Court for the: ___ Southern ___ District of ___ West Va.
(State)

Case number (if known): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☒ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☒ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☒ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☒ *Schedule H: Codebtors (Official Form 206H)*

☒ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ *Amended Schedule ____*

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ *Other document that requires a declaration_____*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___06/16/2021___          ✗ _____
            MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                                        Charles Hertzler
                                        Printed name

                                        Responsible Person
                                        Position or relationship to debtor

Official Form 202              Declaration Under Penalty of Perjury for Non-Individual Debtors